**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## District of Delaware

In re  CACHÉ, INC.
                Debtor

Case No. 15-_____ (___)

Chapter 11

### CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| SIMON PROPERTY GROUP CACHE, INC. - THE NEWARK POST OFFICE POST OFFICE BOX 35461 NEWARK, NJ 7193 | SIMON PROPERTY GROUP CACHE, INC. - THE NEWARK POST OFFICE POST OFFICE BOX 35461 NEWARK, NJ 7193 Attn: B. Tobin Tel: 212-421-8200 Email: btobin@simon.com | Rent | | $1,402,400.00 |
| GENERAL GROWTH PROPERTIES SDS-12-2777 PO BOX 86 MINNEAPOLIS, MN 55486 | GENERAL GROWTH PROPERTIES SDS-12-2777 PO BOX 86 MINNEAPOLIS, MN 55486 Attn: Alan Barocas Tel: 312-960-5000 Email: alan.barocas@ggp.com | Rent | | $1,090,250.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| UPS SUPPLY CHAIN SOLUTIONS, INC.<br>Contracts and Compliance Dept.<br>12380 Morris Road<br>Alpharetta, GA 30005 | United Parcel Service, Inc.<br>Office of the General Counsel<br>55 Glenlake Parkway<br>Atlanta, GA 30328<br>Attn: General Counsel<br>Tel: 404-828-6000<br>Fax/Email: 404-828-6912 | Outbound Shipping & Transfers, Warehouse Costs & Shipping to Stores | | $986,819.00 |
| BETSEY & ADAM<br>1400 BROADWAY<br>6TH FLOOR<br>NEW YORK, NY 10018 | BETSEY & ADAM<br>1400 BROADWAY<br>6TH FLOOR<br>NEW YORK, NY 10018<br>Attn: Marty Sklar<br>Tel: 212-398-0450 -<br>212-302-3750<br>Email: michhaels@bbxco.com | Merchandise | | $833,224.00 |
| KNF INTERNATIONAL CO., LTD<br>13, Samseong-Ro 76-GIL, Gangnam-Gu,<br>Seoul, Korea 1135-847 | KNF INTERNATIONAL CO., LTD<br>13, Samseong-Ro 76-GIL, Gangnam-Gu,<br>Seoul, Korea 1135-847<br>Tel: 81-2-550-1445<br>Email: knf@knfkorea.com | Merchandise | | $801,420.00 |
| WESTFIELD<br>BANK OF AMERICA<br>P.O. BOX 742257<br>LOS ANGELES, CA 90074 | WESTFIELD<br>BANK OF AMERICA<br>P.O. BOX 742257<br>LOS ANGELES, CA 90074<br>Attn: D. Weinert<br>Tel: 310-478-456<br>Email: dweinert@us.westfield.com | Rent | | $445,454.00 |
| AMOSEASTERN APPAREL INC.<br>49 WEST 38TH STREET, 7TH FLOOR<br>NEW YORK, NY 10018 | AMOSEASTERN APPAREL INC.<br>49 WEST 38TH STREET, 7TH FLOOR<br>NEW YORK, NY 10018<br>Tel: 212-730-6350<br>Fax: 212-730-6355 | Merchandise | | $418,647.00 |
| CYRUS<br>525 7th Ave. Suite 801<br>New York, NY 10018 | CYRUS<br>525 7th Ave. Suite 801<br>New York, NY 10018<br>Attn: June Gonzalez<br>Tel: 646-486-7906<br>Email: June.gonzalez@cyrusknits.com | Merchandise | | $294,179.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| DEBBIE SHUCHAT 6150 TRANS CANADA HIGHWAY MONTREAL, QUEBEC CANADA, H4T 1X5, 0 | DEBBIE SHUCHAT 6150 TRANS CANADA HIGHWAY MONTREAL, QUEBEC CANADA, H4T 1X5 Attn: Debbie Shuchat Tel: 514-388-5588 Fax: 514-388-1960 | Merchandise | | $290,867.00 |
| LDC 22 FIRST STREET EAST PROVIDENCE, RI 2914 | LDC 22 FIRST STREET EAST PROVIDENCE, RI 02914 Attn: Ed. DeCristofaro Tel: 401-861-4667 Fax: 401-861-0429 | Merchandise | | $284,169.00 |
| TAUBMAN DEPARTMENT 58801 PO BOX 67000 DETROIT, MI 48267 | TAUBMAN DEPARTMENT 58801 PO BOX 67000 DETROIT, MI 48267 Attn: W. Taubman Tel: 248-258-7616 Email: Wtaubman@taubman.com | Rent | | $277,818.00 |
| VERONICA M WHOLESALE INC. 3423 E OLYMPIC BLVD LOS ANGELES, CA 90023 | VERONICA M WHOLESALE INC 3423 E OLYMPIC BLVD LOS ANGELES, CA 90023 Attn: Andie Rarrick Tel: 323-526-0977 Fax: 323-526-4420 | Merchandise | | $270,785.00 |
| MACERICH MACERICH MGMT CO AS AGENT FOR ARDEN FAIR PO BOX 849473 LOS ANGELES, CA 90084 | MACERICH MACERICH MGMT CO AS AGENT FOR ARDEN FAIR PO BOX 849473 LOS ANGELES, CA 90084 Attn: Robert Perlmutter Tel: 310-394-6000 Email: robert.perlmutter@macerich.com | Rent | | $266,867.00 |
| J.S. COLLECTIONS 1412 Broadway New York, NY 10018 | J.S. COLLECTIONS 1412 Broadway New York, NY 10018 Attn: Neil Federer Tel: 212-354-4700 ext. 222 Email: NFederer@jsgroup.com | Merchandise | | $235,388.00 |

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ENVISTA LLC<br>ACCOUNTING DEPT.<br>11711 N MERIDIAN ST. STE. 415<br>CARMEL, IN 46032 | ENVISTA LLC<br>ACCOUNTING DEPT.<br>11711 N MERIDIAN ST. STE. 415<br>CARMEL, IN 46032<br>Attn: Jim Barnes<br>Tel: 317-208-9100<br>Email: accounting@envistacorp.com | Capital Expenditures | | $211,819.00 |
| EBAY ENTERPRISE<br>935 First Ave.<br>King of Prussia, PA 19406 | EBAY ENTERPRISE<br>935 First Ave.<br>King of Prussia, PA 19406<br>Attn: General Counsel &CFO<br>Tel: 610-491-7000<br>Fax: 610-265-1730 | Marketing & Advertising | | $209,968.00 |
| NAHAN PRINTING<br>7000 SAUKVIEW DRIVE<br>ST. CLOUD, MN 56303 | NAHAN PRINTING<br>7000 SAUKVIEW DRIVE<br>ST. CLOUD, MN 56303<br>Tel: 320-251-7611<br>Fax/Email: 320-259-1378 | Marketing & Advertising | | $205,257.00 |
| Jamm Industires | Jamm Industries<br>2425 E 12th Street<br>Los Angeles, CA 90021<br>Attn: Tiffany Saidnia<br>Tel: 310-210-4303<br>Fax/Email: tiffanyttcollection.com | Merchandise | | $198,627.00 |
| JAX<br>600 Kellwood Pkwy<br>Chesterfield, MO 63017 | JAX<br>600 Kellwood Pkwy<br>Chesterfield, MO 63017<br>Attn: Penny Hendel<br>Tel: 314-576-8525<br>Email: penny.hendel@kellwood.com | Merchandise | | $187,122.00 |
| HCM COLLECTIVE INC.<br>C/O NYCTAXGUYS, INC.<br>419 LAFAYETTE ST., 2ND FLOOR<br>NEW YORK, NY 10003 | HCM COLLECTIVE INC.<br>C/O NYCTAXGUYS, INC.<br>419 LAFAYETTE ST., 2ND FLOOR<br>NEW YORK, NY 10003<br>Attn: A. Gata<br>Tel: 845-649-7969<br>Email: agata@hcmcollective.com | Merchandise | | $184,532.00 |

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| CBL & ASSOC<br>CBL #0651<br>P.O. BOX 955607<br>ST. LOUIS, MO 63195 | CBL & ASSOC<br>CBL #0651<br>P.O. BOX 955607<br>ST. LOUIS, MO 63195<br>Attn: Jan Willis<br>Tel: 423-855-0001<br>Email: jan_willis@cblproperties.com | Rent | | $183,506.00 |
| LAUNDRY<br>5835 South Ave. Suite 100<br>Commerce, CA 90040 | LAUNDRY<br>5835 South Ave. Suite 100<br>Commerce, CA 90040<br>Attn: Adriana Traino<br>Tel: 323-767-1811<br>Email: Adriana.traino@pery.com | Merchandise | | $171,048.00 |
| MARINA<br>P.O. BOX 1036<br>CHARLOTTE, NC 28201 | MARINA<br>P.O. BOX 1036<br>CHARLOTTE, NC 28201<br>Attn: Glenn Schlossberg<br>Tel: 212-869-3300<br>Fax: 212-944-8001 | Merchandise | | $160,079.00 |
| BKL TRADING, INC.<br>213 W 35TH STREET<br>SUITE #503<br>NEW YORK, NY 10001 | BKL TRADING, INC.<br>213 W 35TH STREET<br>SUITE #503<br>NEW YORK, NY 10001<br>Attn: Lorenzo Lee<br>Tel: 212-594-7815<br>Fax: 212-594-7844 | Merchandise | | $158,379.00 |
| STARWOOD<br>P.O. BOX 398008<br>SAN FRANCISCO, CA 94139 | STARWOOD<br>P.O. BOX 398008<br>SAN FRANCISCO, CA 94139<br>Attn: E. Coury<br>Tel: 312-242-3117<br>Email: ecoury@starwoodretail.com | Rent | | $144,507.00 |
| FASHION 26 PLUS, INC<br>260 W 39th Street 2nd Floor<br>New York, NY 10018 | FASHION 26 PLUS, INC<br>260 W 39th Street 2nd Floor<br>New York, NY 10018<br>Attn: Chris Joanna<br>Tel: 212-768-1060<br>Fax: 212-768-1109 | Merchandise | | $127,604.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| CHRISTYNE FORTI/ADRIANNA PAPELL P.O. BOX 842683 BOSTON, MA 2284 | CHRISTYNE FORTI/ADRIANNA PAPELL P.O. BOX 842683 BOSTON, MA 2284 Attn:  Adam Berkman Tel: 212-695-5244 Fax:  212-714-1871 | Merchandise | | $127,046.00 |
| WILSTER APPAREL GROUP, LLC 860 S LOS ANGELES STREET SUITE #940 LOS ANGELES, CA 90014 | WILSTER APPAREL GROUP, LLC 860 S LOS ANGELES STREET SUITE #940 LOS ANGELES, CA 90014 Attn:  Mimi Levitas Tel: 213-623-5100 Fax: 213-623-5151 | Merchandise | | $119,600.00 |
| MIGNON 499 7TH AVENUE 4TH FLOOR NEW YORK, NY 10018 | MIGNON 499 7TH AVENUE 4TH FLOOR NEW YORK, NY 10018 Attn:  Vincent Mignon Tel: 646-798-0003 Fax/Email: 212-226-6203 | Merchandise | | $111,000.00 |
| SERGE NIVELLE STUDIO INC. 205 HUDSON ST. NEW YORK, NY 10013 | SERGE NIVELLE STUDIO INC. 205 HUDSON ST. NEW YORK, NY 10013 Attn:  Serge Nivelle Tel: 212-226-6201 Email:serge@nivelle.com | Marketing & Advertising | | $108,430.00 |

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CACHÉ, INC., | Case No. 15-_____ (__) |
| Debtor. | |

### CERTIFICATION CONCERNING CONSOLIDATED LIST
### OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding 30 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding 30 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of February, 2015, at New York, New York.

_____
Mark Renzi
Chief Restructuring Officer