IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CACHÉ, INC., | Case No. 15-_____ (___) |
| Debtor. | |

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest, of the above-captioned debtor in possession (the "Debtor").

| Name and Last Known Address of Equity Interest Holder | Type of Equity Interest | Percentage of Interest |
|---|---|---|
| See Attachment 1 hereto | | |

I, Mark Renzi, the undersigned Chief Restructuring Officer of Caché, Inc. named as the debtor in this case, declare under penalty of perjury that I have read the list of equity security holders and that it is true and correct to the best of my information and belief.

Executed this 4th day of February , 2015, at New York, New York.

_____
Mark Renzi
Chief Restructuring Officer

Caché, Inc.
List of Equity Holders

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| ALAN J NOERENBERG | 920 N LOOMIS | | | NAPERVILLE | IL | 60540 | 25.00 | 0.00003% |
| ALICE WONG | 72-61 113TH ST APT 3F | | | FOREST HILLS | NY | 11375 | 4,000.00 | 0.0126% |
| ALVARO CORREDOR | 11040 SW 58 TERR | | | MIAMI | FL | 33173 | 38.00 | 0.0001% |
| ALVIN D SLEDD CUST | VALERIE ANNE SLEDD | UNIF TRANS MIN ACT VA | 5 SIR RALPH LANE | POQUOSON | VA | 23662-2225 | 21.00 | 0.0001% |
| AMY NG | 51 COUNTRY LANE | | | STATEN ISLAND | NY | 10312 | 500.00 | 0.0016% |
| ANDREA PAGE | C/O GARDNER | 13003 W CASTLEBAR DR | | SUN CITY WEST | AZ | 85375 | 3.00 | 0.00000% |
| ANDREW L PRIES | 409 W 24TH ST APT 2 | | | NEW YORK | NY | 10011 | 500.00 | 0.0016% |
| ANN SWITALSKI & | JOHN SWITALSKI JT TEN | 115 OCEANVIEW RD | | LYNBROOK | NY | 11563 | 56.00 | 0.0002% |
| ANN WADE BASS | 271 VILLAGE PARK DR | | | ASHLAND | OR | 97520-2374 | 62.00 | 0.0002% |
| ANNA L TIPTON | 305 BROOKHAVEN AVE NE APT 544 | | | ATLANTA | GA | 30319 | 500.00 | 0.0016% |
| ANNMARIE SPIEWAK | 5852 DELAWARE AVE | | | NEW PORT RICHEY | FL | 34652 | 25.00 | 0.0001% |
| ANTHONY DIPIPPA | REDACTED | | | | | | 100,000.00 | 0.3154% |
| ANTONIA SOMMA | 33 HIALEAH AVE | | | MIDDLETOWN | NJ | 07748 | 500.00 | 0.0016% |
| ANTONIO ENNE | 248 QW 20TH ST APT #3W | | | NEW YORK | NY | 10011 | 10,000.00 | 0.0315% |
| ARNOLD COHEN | REDACTED | | | | | | 125,000.00 | 0.3943% |
| ASHLEY MARIE STEPHENS | 26 RIDGE DR | | | GLEN COVE | NY | 11542 | 1,000.00 | 0.0032% |
| ASHOK GANDHI | 355 NEW DOVER RD | | | COLONIA | NJ | 07067 | 906.00 | 0.0029% |
| BARBARA A MCCLARY & | THELMA F WILLIAMS JT TEN | 3410 SOUTH RAVENWOOD DRIVE | | AUGUSTA | GA | 30907-3532 | 22.00 | 0.0001% |
| BARBARA J BAKER | 3810 MARILYN PL | | | HILLSBOROUGH | NC | 27278 | 30.00 | 0.0001% |
| BARRY KAUFMAN | 840 NORTH LAKE SHORE DRIVE | | | CHICAGO | IL | 60611 | 20,000.00 | 0.0631% |
| BARTON HEMINOVER | REDACTED | | | | | | 12,500.00 | 0.0394% |
| BERNARD A CHRUSNIAK | 1985 PINE ROAD | | | MOSINEE | WI | 54455 | 41.00 | 0.0001% |
| BETTIE PENNINGTON | 319 WATERLOO ST | | | WARRENTON | VA | 20186 | 20.00 | 0.0001% |

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| BETTY B KEALIHER | 9330 WEAVER RD N.E. | | | ST LOUISVILLE | OH | 43071-9705 | 83.00 | 0.0003% |
| BEVERLY JO MCGUIRE | 3001 NE 47TH CT #312 | | | FT LAUDERDALE | FL | 33308 | 38.00 | 0.0001% |
| BRIGIDT M VELLUZZI | 123 RITA DRIVE | | | PEEKSKILL | NY | 10566-2605 | 750.00 | 0.0024% |
| CACHE INCORPORATED | 1440 BROADWAY - 5TH FL | | | NEW YORK | NY | 10018 | 3,682,199.00 | 11.6150% |
| CARL H EDLUND | 15001 BURNHAVEN DR #320 | | | BURNSVILLE | MN | 55306 | 150.00 | 0.0005% |
| CARL PONESSE & JOAN HELEN | PONESSE JT TEN | 35 BIRCHWOOD DRIVE | | WINDSOR | NY | 12550 | 83.00 | 0.0003% |
| CAROL GEORGE | 9888 WESTMINSTER WAY | | | ELK GROVE | CA | 95757 | 500.00 | 0.0016% |
| CAROL M VENCIL | REDACTED | | | | | | 1,000.00 | 0.0032% |
| CEDE & CO | P O BOX 20 | BOWLING GREEN STATION | | NEW YORK | NY | 10274 | 300.00 | 0.0009% |
| CEDE & CO (FAST) | BOX #20 | BOWLING GREEN STATION | | NEW YORK | NY | 10274 | 30,381,702.00 | 95.8354% |
| CELERINA R CASTILLO | 5428 LA SALLE WAY | | | VALLEJO | OH | 94591 | 83.00 | 0.0003% |
| CENTENNIAL INVESTMENT CLUB | CRAIG SCHROEDER | WINCHESTER RD | | WINSTED | CT | 06098-2500 | 75.00 | 0.0002% |
| CHARLES E CHAMBERLAYNE & | SHARON M CHAMBERLAYNE JTTEN | 85 ARDEN ST | | SOMERSET | NJ | 08873 | 75.00 | 0.0002% |
| CHARLES F CLEARE | 5842 SW 59TH ST | | | MIAMI | FL | 33143 | 150.00 | 0.0005% |
| CHARLES GOLDSTEIN | 2627 S BAYSHORE DR #1003 | | | MIAMI | FL | 33133 | 41.00 | 0.0001% |
| CHARLES HINKATY | REDACTED | | | | | | 6,441.00 | 0.0203% |
| CHARLES J MOSS TR UA 05/04/76 | FBO RANDALL MOSS CHRISTOPHER | 1946 N MAUD | | CHICAGO | IL | 60614 | 1.00 | 0.0000% |
| CHARLES S DURBIANO CUST | DURBIANO UNIF GIFT | MIN ACT PA | 919 BEACON VALLEY RD | GREENSBURG | PA | 15601 | 41.00 | 0.0001% |
| CHARLES S DURBIANO CUST | DURBIANO UNIF GIFT MIN ACT PA | 919 BEACON VALLEY RD | | GREENSBURG | PA | 15601 | 41.00 | 0.0001% |

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| ADAM | | | | | | | | |
| CHRISTIAN SHALLO | 5810 CAY COVE COURT | | | TAMPA | FL | 33615 | 38.00 | 0.0001% |
| CHRISTINA LOHNCHELLIS | 6 FOX CHASE CT | | | BORDENTOWN | NJ | 08505 | 1,000.00 | 0.0032% |
| CHRISTINE BOARD | 354 2ND STREET APT 5A | | | BROOKLYN | NY | 11215 | 3,000.00 | 0.0095% |
| CHRISTINE BOARD | 354 2ND STREET APT 5A | | | BROOKLYN | NY | 11215 | 13,000.00 | 0.0410% |
| CHRISTINE COOPER | 1239 ELM CT | | | GLENVIEW | IL | 60025 | 75.00 | 0.0002% |
| CHRISTINE LUMBAO | P O BOX 1280 | | | NEW YORK | NY | 10018 | 1,000.00 | 0.0032% |
| CINDY KRUEGER | 1912 EDGEWOOD DR | | | SCHOFIELD | WI | 54476 | 41.00 | 0.0001% |
| CLAUDIA V FULLER | 3724 S EMILY ST | | | SAN PEDRO | CA | 90731 | 7,500.00 | 0.0237% |
| CLYMON JOHNSON & ELVIRA JOHNSON JT TEN | 5541 LAKESIDE DR 105 | | | MARGATE | FL | 33063 | 3.00 | 0.0000% |
| CONNIE R VAIDES | 41 E 5TH ST UNIT 402 | | | MIAMI | FL | 33131 | 500.00 | 0.0016% |
| CONSTANCE L REED | 4091 FAIRFAX DR | | | COLUMBUS | OH | 43220 | 3.00 | 0.0000% |
| CORA COBB | 811 CREEKWOOD CT | | | MOUNT JULIET | TN | 37122-2153 | 38.00 | 0.0001% |
| CORINNE LEVIN | 661 FALMOUTH RD G-48 | | | MASHPEE | MA | 02649 | 41.00 | 0.0001% |
| CYNTHIA A OHLINGER | 327 W 89TH ST APT 2 R | | | NEW YORK | NY | 10024 | 4,000.00 | 0.0126% |
| DAPHNE PAPPAS | 45 E END AVE APT #2F | | | NEW YORK | NY | 10028 | 125,000.00 | 0.3943% |
| DARGIN SMITH & PATRICIA SMITH JT TEN | 815 WEST BAY AVE | | | BALBOA | CA | 92661 | 65.00 | 0.0002% |
| DAVID A DURHAM | 159 PINEWOOD DR | | | VIRGINIA BEACH | VA | 23451 | 25.00 | 0.0001% |
| DAVID C BETO | ROSS HALL #170 | 629 W HAMPTON DR | | INDIANAPOLIS | IN | 46208-3448 | 8.00 | 0.0000% |
| DAVID D GREGORY & GREGORY JT TEN | 2812 HOLLIS N. E. | | | GRAND RAPIDS | MI | 49505 | 188.00 | 0.0006% |
| DAVID J THORPE & JOANNE THORPE JT TEN | 20 BELLS BROOK RD | | | LAKEVILLE | MA | 02347-2201 | 113.00 | 0.0004% |
| DAVID WALADKEWICS | 9 FIRST ST | | | HOPEWELL | NJ | 08525 | 375.00 | 0.0012% |
| DAWN BALOPOLE | REDACTED | | | | | | 1,000.00 | 0.0032% |

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| DEBORAH C SMITH | 702 PEMBROKE AVE | | | COLUMBIA | SC | 29205 | 27.00 | 0.0001% |
| DEBORAH E SETTLE | 6310 WATERVIEW | | | ARLINGTON | TX | 76016 | 20.00 | 0.0001% |
| DENNIS D RIDGE | 1501 PALOS VERDES DR N37 | | | HARBOR CITY | CA | 90710 | 38.00 | 0.0001% |
| DIRECTOR OF FINANCE STATE OF HI | UNCLAIMED PROPERTY BRANCH | BOX 150 | | HONOLULU | HI | 96810 | 6.00 | 0.0000% |
| DONNA EDBRIL | REDACTED | | | | | | 50,000.00 | 0.1577% |
| DONNA J WEBB | 20 COLONIAL COVE | | | JACKSON | TN | 38305 | 48.00 | 0.0002% |
| DONNA JAMES | 69 RIDGEBURY RD | | | RIDGEFIELD | CT | 06877 | 2,666.00 | 0.0084% |
| DONNA K EVERETT & | 2371 FLINT HILL | ELIZABETH ANGUS JT TEN | | RICHMOND | VA | 23139 | 3.00 | 0.0000% |
| DOREEN A MARKER & | | 10905 NE 48TH ST | | KIRKLAND | WA | 98033 | 75.00 | 0.0002% |
| DORIS FORTNEY | 1850 MYRTLE AVE | | | PLAINFIELD | NJ | 07063 | 12.00 | 0.0000% |
| EDWARD CARLMAN & BARBARA CARLMAN JT TEN | | PO BOX 193 | | WESTON | MA | 02493 | 375.00 | 0.0012% |
| EDWARD H GALLOWAY & DEBORAH T GALLOWAY JT TEN | | 117 FAIRFIELD DRIVE | | CATONSVILLE | MD | 21228-5117 | 38.00 | 0.0001% |
| EDWARD NICHOLAS COLVILLE CHANDLER | 149 CLARENCE GATE GARDENS | GLENTWORTH ST | LONDON NW1 6AP | ENGLAND | | | 3.00 | 0.0000% |
| EDWARD SABATH & MARY I SABATH JT TEN | | PO BOX 450898 | | WESTLAKE | OH | 44145 | 75.00 | 0.0002% |
| EDWIN O SIMON & EVELYN R SIMON JT TEN | | 548 NE 55TH ST | | MIAMI | FL | 33137 | 5.00 | 0.0000% |
| ELIZABETH STAUBES | 9480 NESBIT LAKES DR | | | ALPHARETTA | GA | 30022 | 1,000.00 | 0.0032% |
| ELIZABETH TALKIN-FRUCCHIONE | 82 JACKSON AVE | | | ROCKVILLE CENTRE | NY | 11570 | 15,000.00 | 0.0473% |
| EUGENE J SCHMID | 10 TERKVILE RD | | | MONTVALE, | NJ | 07645 | 18.00 | 0.0001% |
| FAYE REYNOLDS CUST CHRISTINE REYNOLDS UNIF TRANS MIN ACT TX | 6634 MASTER ROAD | | | MANVEL | TX | 77578 | 41.00 | 0.0001% |
| FLOR E GARCIA | 80 E MILTON AVE UNIT 501 | | | RAHWAY | NJ | 07065 | 500.00 | 0.0016% |
| FRANK E GORE & BARBARA D GORE JT TEN | BARBARA D GORE JT TEN | 87 WOODHILL ROAD | | BOW | NH | 03304-5312 | 5.00 | 0.0000% |

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| FRANK G ZUGAN & | LEONA R ZUGAN JTTEN | 6015 LIBERTY RD | | SOLON | OH | 44139-2425 | 18.00 | 0.0001% |
| FRANNI A DOWNING | 4561 BEECHWOOD LAKE DR | | | NAPLES | FL | 34112 | 500.00 | 0.0016% |
| FRED ZUCKER | 2321 NORTH 37 AVE | | | HOLLYWOOD | FL | 33021-3602 | 38.00 | 0.0001% |
| GARRICK D BROWN | 2604 OATES LANE | | | ARLINGTON | TX | 76006 | 20.00 | 0.0001% |
| GARY A LITHGO & | PEGGY A LITHGO JT TEN | 10 COMMERCE DR | | VOORHEES | NJ | 08043 | 75.00 | 0.0002% |
| GARY LEPKOWSKI & | LYNNE LEPKOWSKI JT TEN | 54 AVON RD | | HEWLETT | NY | 11557 | 14.00 | 0.0000% |
| GARY R MIRSKY & | SANDRA LEE MIRSKY JTTEN | 9500 S OCEAN DR | APT 1706 BLDG 2 | JENSEN beach | FL | 34957 | 12.00 | 0.0000% |
| GENE GAGE | REDACTED | | | | | | 4,800.00 | 0.0151% |
| GEORGE STEVEN SIMIONIBES & | ANN SIMIONIBES JT TEN | 5424 PEACH STREET | | LOUISVILLE | OH | 44641 | 83.00 | 0.0003% |
| GOLD FINDERS CLUB | 561 LYDIA ST N E | | | GRAND RAPIDS | MI | 49503 | 41.00 | 0.0001% |
| GREGORY GAYMONT & | CHRISTINA GAYMONT JTTEN | 1030 W NORTH AVE - APT L01 | | CHICAGO | IL | 60642-2500 | 188.00 | 0.0006% |
| H & F ENTERPRISES | E 2308 KEEVEY RD | | | SPANGLE | WA | 99031 | 75.00 | 0.0002% |
| HELEN R DWIN | 281 STERLING PL APT 1 | | | BROOKLYN | NY | 11238 | 4,000.00 | 0.0126% |
| HERIBERTO VALENTIN | 338 HARMON COVE TOWERS | | | SECAUCUS | NJ | 07094 | 1,000.00 | 0.0032% |
| HYMAN SILVERSTEIN | 7105 WOODMONT WAY | | | TAMARAC | FL | 33321 | 3.00 | 0.0000% |
| I PAULINE PHILLIPS | 4632 NW 70 | | | OKLAHOMA CITY | OK | 73132 | 3.00 | 0.0000% |
| ILEEN NELSON & | ROBERT A NELSON JT TEN | 67 HAYLOFT LN | | ROSLYN HEIGHTS | NY | 11577-2617 | 375.00 | 0.0012% |
| IRINA SVIDLER | 151 ALEX CIRCLE | | | STATEN ISLAND | NY | 10305 | 500.00 | 0.0016% |
| J DAVID SCHEINER | REDACTED | | | | | | 4,800.00 | 0.0151% |
| JACQUELINE ANN FORNEIRO | 24 WESRWOOD LANE | | | KINGS PARK | NY | 11754 | 7,500.00 | 0.0237% |
| JAMES C SANATAR | 35 LAKEVIEW TERRACE | | | SUSSEX | NJ | 07461 | 500.00 | 0.0016% |
| JAMES E DUEMEY | DUEMEY UNIF GIFT MIN | 1497 HARRISON POND | | NEW ALBANY | OH | 43054 | 8.00 | 0.0000% |

DOCS_LA-285175.1 11903-001

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| CUST ERIN D | ACT OH | DRIVE | | | | | | |
| JAMES F MEEK | PO BOX 1715 | | | DRIPPING SPRINGS | TX | 78620 | 41.00 | 0.0001% |
| JAMES F LISTON JR | 32 ROOSEVELT AVE | | | DANVERS | MA | 01923 | 75.00 | 0.0002% |
| JAMES JULIO & FRANCES JULIO JT TEN | 1753 BIGLER ST | | | PHILADELPHIA | PA | 19145 | 75.00 | 0.0002% |
| JAMES LESTER REEDY JR & CANDACE M REEDY JT TEN | 211 DEER RIDGE DR | | | INDEPENDENCE | VA | 24348-4063 | 38.00 | 0.0001% |
| JAMES R MAYWARD | C/O MARY E MAYWARD EXEC | 105806 E 1049 PR SE | | KENNEWICK | WA | 99338-9166 | 83.00 | 0.0003% |
| JAMES S DUGUID | 5770 KINDS SCHOOL RD | | | BETHEL PARK | PA | 15102 | 41.00 | 0.0001% |
| JANE INMAN | REDACTED | | | | | | 4,308.00 | 0.0136% |
| JANE INMAN | REDACTED | | | | | | 79,000.00 | 0.2492% |
| JEAN BETTRIDGE | 403 N DRAPER AVE | | | CHAMPAIGN | IL | 61821 | 4.00 | 0.0000% |
| JEAN V SHAAK | 220 WHITE CLIFF DR | | | PLYMOUTH | MA | 02360-1464 | 125.00 | 0.0004% |
| JEFFREY J CURTI & BRENDA M CURTI JT TEN | 169 W PEACE RIVER DR | | | FRESNO | CA | 93711 | 188.00 | 0.0006% |
| JENNIE S DWIN | 223 E 89TH ST APT A2 | | | NEW YORK | NY | 10128 | 1,500.00 | 0.0047% |
| JENNIFER A CRANSTON | 220 AVE A APT 2B | | | NEW YORK | NY | 10009 | 1,500.00 | 0.0047% |
| JENNIFER EHRENFELD | REDACTED | | | | | | 25,000.00 | 0.0789% |
| JENNIFER M LANGBORGH | 12220 PINEGATE CT | | | PINEVILLE | NC | 28134 | 500.00 | 0.0016% |
| JESSICA GOLD | 279 CONTINENTAL DR | | | MANHASSET HILLS | NY | 11040 | 37.00 | 0.0001% |
| JIMMY D OVERTON | 10613 JOHN CARTER COURT | | | LIZTON | IN | 46149-9372 | 41.00 | 0.0001% |
| JOAN CEDRONE | 4330 OLD ROXBURY DR | | | MATTHEWS | NC | 28105 | 7,500.00 | 0.0237% |
| JOAN L GOLDENBERG | 261 MOREDON RD | | | HUNTINGDON VALLEY | PA | 19006 | 123.00 | 0.0004% |
| JOE LEE & KIN OI LEE JT TEN | 88 SCHOOL HOUSE LANE | | | EAST BRUNSWICK | NJ | 08816 | 375.00 | 0.0012% |
| JOHN B TOMLINSON JR CUST | JOHN B TOMLINSON III LA | UNIF TRAN MIN ACT | 15 COUNTY ROAD 304 | CORINTH | MS | 38834 | 38.00 | 0.0001% |

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| JOHN CINCOTTA | C/O A OLIVA DARLENE DARHOWER JT | 207 WELLINGTON L | | WEST PALM BEACH | FL | 33417 | 38.00 | 0.0001% |
| JOHN DARHOWER & TEN | | 26 EAST STREET | | MT HOLLY | PA | 17065 | 188.00 | 0.0006% |
| JOHN DONALD WEBBER | 407 MEANDERING WAY | | | CORSICANA | TX | 75109 | 2.00 | 0.0000% |
| JOHN E FURZE | 4202 MISTRAL CIRCLE | | | LIVERPOOL | NY | 13090-2947 | 41.00 | 0.0001% |
| JOHN G MILLER & JULIA A MILLER JT TEN | | 4740 JOY RD | | DEXTER | MI | 48130 | 153.00 | 0.0005% |
| JOHN L KING | 3939 NE 25TH AVE | | | OCALA | FL | 34479 | 38.00 | 0.0001% |
| JOHN L ROMAN | C/O HOLLY GEWANT | 745 NW 98TH CIRCLE BLDG #71 | | PLANTATION | FL | 33324 | 9.00 | 0.0000% |
| JOHN LEWIS RODDY & CAROLYN T. RODDY JT TEN | | 3306 HOLLY STREET | | ALEXANDRIA | VA | 22305 | 13.00 | 0.0000% |
| JOHN M TUZZOLO & KAREN J TUZZOLO JT TEN | | 153 WASHINGTON ST | | FARMINGDALE | NY | 11735 | 18.00 | 0.0001% |
| JOHN MCMAKEN | 4839 ANGELINE LN | | | MASON | OH | 45040-2913 | 8.00 | 0.0000% |
| JOHN P SMITH III | 202 E RIVERSIDE AVE | | | WILLIMASTON | MI | 48895-1143 | 25.00 | 0.0001% |
| JON B. WEERS & MERLE B WEERS JTTEN | | 8913 W FALLS AVENUE | | KENNEWICK, | WA. | 99336 | 8.00 | 0.0000% |
| JOSE A MENDEZ | 1964 EAST 30TH ST | | | LORAIN | OH | 44055 | 51.00 | 0.0002% |
| JOSEPH P DIMAURO | 6025 VERDE TRAIL SO APT K108 | | | BOCA RATON | FL | 33433 | 41.00 | 0.0001% |
| JOYCE R KLEINMAN | 435 E 79TH ST APT 10L | | | NEW YORK | NY | 10075 | 1,000.00 | 0.0032% |
| JUDITH M HOLLAND | 4001 WHITESBURG ROAD | | | POCOMOKE | MD | 21851 | 6.00 | 0.0000% |
| JULIA ANN GLENEWINKEL | 2960 FM 466 | | | SEGUIN | TX | 78155 | 500.00 | 0.0016% |
| K DUANNE DENNEY | 146 VIA MONTE D ORO | | | REDONDO BEACH | CA | 90277 | 41.00 | 0.0001% |
| KAREN WINTER | 7426 WILD HORSE MESA COURT | | | LS VEGAS | NV | 89131 | 500.00 | 0.0016% |
| KEN CHIN | 142-05 ROOSEVELT AVE APT #428 | | | FLUSHING | NY | 11354 | 666.00 | 0.0021% |

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| KEN CHIN | 142-05 ROOSEVELT AVE APT #428 | | | FLUSHING | NY | 11354 | 4,000.00 | 0.0126% |
| KENNETH A TANKO & LINDA A TANKO | JT TEN | | | | | | | |
| KENNETH E SHAW | 4525 SE 57TH LN | 3685 WARWICK DRIVE | | CRETE | IL | 60417 | 83.00 | 0.0003% |
| KENNETH L CRUTCHER | 930 S LINCOLN AVE | | | OCALA | FL | 34480 | 38.00 | 0.0001% |
| KYPPEE W EVANS CUST | WILLIAM SCOTT EVANS VA | UNIF GIFTS MIN ACT | | SPRINGFIELD PROSPECT HEIGHTS | IL | 62704-2339 | 38.00 | 0.0001% |
| KERSTIN FAUCI | 306 VIOLA LANE | | 104 KILLARNEY | WILLIAMSBURG | VA | 60070 | 500.00 | 0.0016% |
| KIMBERLY NOVAK | 14 WATER ST | | | POLAND | OH | 23188 | 450.00 | 0.0014% |
| KLEBER BARBERAN | 142 ARUNDEL ROAD | | | PARAMUS | NJ | 44514 | 4,000.00 | 0.0126% |
| LARRY E THOMAS & JO ANN THOMAS JT TEN | 4006 N ANDOVER LANE | 4101 W HEATH DRIVE | | MUNCIE | IN | 07652 | 252.00 | 0.0008% |
| LAURA D BRENNAN | STEPHANIE ILENE GROSKIN UNIF | | | FREDERICKSBURG | VA | 47304 | 500.00 | 0.0016% |
| LAWRENCE J GROSKIN CUST | 107 CHERRY VIEW COURT | GIFT MIN ACT NY | 492 FAIRMOUNT AVE | CHATHAM | NJ | 22408 | 5.00 | 0.0000% |
| LAWRENCE J UHL | 3900 N OCEAN DRIVE - APT 4G | | | HONESDALE LAUDERDALE BY THE SEA | PA | 07928 | 38.00 | 0.0001% |
| LEONARD A ERDMAN | P O BOX 64 | | | NORVELT | FL | 18431 | 3.00 | 0.0000% |
| LEONARD F JACKSON | UENA A MOSELLE JT TEN | 4364 SOUTH 347TH | | AUBURN | PA | 15674 | 75.00 | 0.0002% |
| LEROY M MOSELLE & LESA L LOGAN | 13922 CHERRY CREEK DR | | | TAMPA | WA | 98001 | 38.00 | 0.0001% |
| LINDA BERENATO | 303 KINGSTON ROAD | | | CHERRY HILL | FL | 33618 | 500.00 | 0.0016% |
| LINDA J WHITE | % DEAL | 436 HERR AVE | | MILLERSVILLE | NJ | 08034 | 9.00 | 0.0000% |
| LINDSAY N ANTISDEL | 233 SUMMERWOOD TRAIL | | | MAITLAND | PA | 17551 | 2.00 | 0.0000% |
| LISA M MACPHERSON | 4165 COUNTRY CLUB DR | | | LONG BEACH | FL | 32751 | 500.00 | 0.0016% |
| LISA MARGARITA STUMPO | 300 THISTLE LANE | | | PERKASIE | CA | 90807 | 500.00 | 0.0016% |
| | | | | | PA | 18944 | 500.00 | 0.0016% |

DOCS_LA:285175.1 11903-001

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|------|----------|----------|----------|------|----|----|-----------------|-----------|
| LONNIS L STRAUB | 587 PRESIDENTIAL DR | | | BOARDMAN | OH | 44512 | 500.00 | 0.0016% |
| LOUISE ALLMAN MAGEE | 41707 PUTTERS GREEN CT | | | LEESBURG | VA | 20176 | 187.00 | 0.0006% |
| LUISE BALAKIER | 925 WEST END AVE | | | NEW YORK | NY | 10025 | 1,000.00 | 0.0032% |
| LYDIA MARCUS | 170 BROADWAY APT# 5A | | | BROOKLYN | NY | 11211 | 10,000.00 | 0.0315% |
| LYNDA J SCHENEMAN | 5444 TAMPA AVE | | | TARZANA | CA | 91356 | 500.00 | 0.0016% |
| M LOCELYN SHUTTLEWORTH | 15550 N FRANK LLOYD WRIGHT BLVD #1077 | | | SCOTTSDALE | AZ | 85280 | 500.00 | 0.0016% |
| MAE SOO HOO | P O BOX 1313 | | | NEW YORK | NY | 10018 | 13,991.00 | 0.0441% |
| MARGARET ELIZABETH BARDWELL | 5649 REBECCA LN | | | MINNETONKA | MN | 55345 | 18.00 | 0.0001% |
| MARGARET GREGAN & MARGARET R INGOLD | JOHN V GREGAN | JT TEN | 37 PONDVIEW DR | MANCHESTER | CT | 006040 | 83.00 | 0.0003% |
| MARGO SHEAR | 234 WOOD AVE SW #207 | | | BAINBRIDGE ISLAND | WA | 98110 | 38.00 | 0.0001% |
| MARIA GIANNOPOULOS | 2227 RAMSEY ROAD | | | MONROEVILLE | PA | 15146 | 5.00 | 0.0000% |
| MARIA M ROGERSON | 3258 N HARLEM AVE APT 503 | | | CHICAGO | IL | 60634 | 500.00 | 0.0016% |
| MARIANNE YAWORSKY | 36 WESTCLIFF DRIVE | | | PLYMOUTH | MA | 02360 | 41.00 | 0.0001% |
| MARIE ANDREW M MAUERSBURG CUST | % KAPCOE | 6100 WESTCHESTER PARK DR #1012 | | COLLEGE PARK | MD | 20740 | 13.00 | 0.0000% |
| MARIE JEANNE M MAUERSBURG CUST | MAUERSBURG UNIF GIFT MIN ACT PA | 114 OAK RIDGE DRIVE | | CLARION | PA | 16214 | 18.00 | 0.0001% |
| MARIE MAUERSBURG CUST | MAUERSBURG UNIF GIFT MIN ACT PA | 114 OAK RIDGE DR | | CLARION | PA | 16214 | 18.00 | 0.0001% |
| KAREN L MAUERSBURG CUST | MAUERSBURG UNIF GIFT MIN ACT PA | 114 OAK RIDGE DRIVE | | CLARION | PA | 16214 | 18.00 | 0.0001% |

20

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| MARILYN A MANNARINO & JOSEPH MANNARINO JT TEN | 902 CIELO E TERRA DR | | | MACEDONIA | OH | 44056 | 38.00 | 0.0001% |
| MARION R DEUTSCH | 7 PARK AVE APT 8F | | | NEW YORK | NY | 10016 | 41.00 | 0.0001% |
| MARK L HOUSER | 8405 MYSTIC LKS N | | | MAIZE | KS | 67101-8603 | 3.00 | 0.0000% |
| MARK VOGEL | 2831 PRINCETON PIKE | | | LAWRENCEVILLE | NJ | 08648 | 75.00 | 0.0002% |
| MARTHA F POPE | 1493 CHARDONNAY DR | | | RICHLAND | WA | 99352 | 18.00 | 0.0001% |
| MARTHA MCKINSEY | 11116 ROCKRIDGE WAY | | | BAKERSFIELD | CA | 93311 | 113.00 | 0.0004% |
| MARTIN KAPLAN | 9500 SW 119TH CT | | | MIAMI | FL | 33186 | 25.00 | 0.0001% |
| MARVIN S FRIEDBERG | P O BOX 826 | | | VIRGINIA BEACH | VA | 23451 | 38.00 | 0.0001% |
| MARY BETH RURODE | 70 WAGON ROAD | | | WESTWOOD | MA | 02090 | 18.00 | 0.0001% |
| MARY CRANNER | 2010 W SAN MARCOS BLVD #111 | | | SAN MARCOS | CA | 92078 | 38.00 | 0.0001% |
| MARY JANE FARRUGIA | 204 N MAIN STREET | | | WARSAW | NY | 14569 | 63.00 | 0.0002% |
| MARY JO SNYDER | 43 BATTERSEA BRIDGE COURT | | | TIMONIUM | MD | 21093 | 500.00 | 0.0016% |
| MARY L GHIGLIONE | 6110 - 36TH AVE N W | | | SEATTLE | WA | 98107 | 38.00 | 0.0001% |
| MARY LYNN BASS | 514 W 26TH ST APT 3N | | | KANSAS CITY | MO | 64108 | 62.00 | 0.0002% |
| MARY R BISHOP & TEN | ELIZABETH GEMOETS JT 25 TWIN PONDS DR | | | KINGSTON | NY | 12401 | 73.00 | 0.0002% |
| MARY RUTH KELNE CUST | AARON BENJAMIN KELNE | UNDER THE IL UNIF TRAN MIN ACT | 24350 TURNBERRY CT | NAPERVILLE | IL | 60564 | 18.00 | 0.0001% |
| MASS ABPROP & CO | BANK OF BOSTON | CUST ADM OPER SERV 7TH FL | | BOSTON | MA | 02110 | 75.00 | 0.0002% |
| MAURO J OLIVIERI | 344 FELICIDAD | | | SOQUEL | CA | 95073 | 263.00 | 0.0008% |
| MELISSA ERSOY | 458 FOREST AVE | | | PARAMUS | NJ | 07652 | 1,500.00 | 0.0047% |
| MICHAEL A GIANGIORDANO | 1542 S 13TH ST | | | PHILADELPHIA | PA | 19147 | 55.00 | 0.0002% |
| MICHAEL E MC | 2 TIMBER ROAD | | | BREWSTER | NY | 10509 | 41.00 | 0.0001% |

DOCS_LA:285175.1 11903-001

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| DERMOTT | | | | | | | | |
| MICHAEL J SANTARPIA | 136 MALONEY RD | | | WAPPINGERS FALLS | NY | 12590 | 5,361.00 | 0.0169% |
| MICHAEL F PRICE | MFP INVESTORS LLC | REDACTED | | | | | 4,000.00 | 0.0126% |
| MICHELE R FASOLINO | 11 NORTH ST | | | MONTROSE | NY | 10548- | 500.00 | 0.0016% |
| MIKE SPARKMAN & | SUZANNE SPARKMAN JT TEN | PO BOX 19258 | | ATLANTA | GA | 31126-1258 | 75.00 | 0.0002% |
| MONICA LAROSA | 16 LIPPINCOTT DR | | | LITTLE EGG HARBOR TW | NJ | 08087 | 93.00 | 0.0003% |
| NANCY E BROWNE | 13 MADRID SQ - SUITE 2 | | | BROCKTON | MA | 02301 | 50.00 | 0.0002% |
| NAOLA T SCHOLNICK | 2317 FLOURNOY RD | | | MANHATTAN BEACH | CA | 90266 | 75.00 | 0.0002% |
| NATALIE LIGAMMARI | 25 HUDSON ST APT 301 | | | JERSEY CITY | NJ | 07302 | 1,500.00 | 0.0047% |
| NEWTON S GORDON | 2391 BREMEN COURT | | | PUNTA GORDA | FL | 33983 | 31.00 | 0.0001% |
| NICHOLAS J OKOPAL & NICHOLAS J OKOPAL JT TEN | LINDA M OKOPAL JT TEN | 146 MAYER DRIVE RD 2 | | OAKDALE | PA | 15071 | 41.00 | 0.0001% |
| NICOLE A WERLE | 33 BANK ST APT 7 | | | NEW YORK | NY | 10014 | 1,000.00 | 0.0032% |
| NORMAN J GUSTIN & GLENICE | GUSTIN JT TEN | 1125 PARADISE PARKWAY | | FIRCREST | WA | 98466 | 41.00 | 0.0001% |
| OMAR PECENZA | 173-53 103RD RD | | | JAMAICA | NY | 11433 | 1,000.00 | 0.0032% |
| PARIMAL SHAH | 49 PICKWICK DRIVE N | | | SYOSSET | NY | 11791 | 1,250.00 | 0.0039% |
| PATRICIA BULHACK | 4509 STRATHMORE AVE | | | GARETT PARK | MD | 20896 | 75.00 | 0.0002% |
| PATRICIA F MARINO | 1000 CIELO E TERRA | PO BOX 277 | | MACEDONIA | OH | 44056 | 18.00 | 0.0001% |
| PATRICIA L JOHNSON | 302 E WEDGEWOOD AVE #379 | | | SPOKANE | WA | 99208 | 38.00 | 0.0001% |
| PATRICIA L REZNY | 4969 OLDE TOWNE WAY | | | MARIETTA | GA | 30068 | 41.00 | 0.0001% |
| PATRICIA VURTZEL | 3300 SO OCEAN BLVD | APT #102 SOUTH | | PALM BEACH | FL | 33480 | 93.00 | 0.0003% |
| PATRICK SAMMON & SUZANNE N MORIN JT TEN | RENA SAMMON JT TEN | 7709 W NOTTINGHAM | | TINLEY PARK | IL | 60477 | 8.00 | 0.0000% |
| PAUL A MORIN JR & TEN | 3903 LONG LAKE DR | | | OWINGS MILLS | MD | 21117-1240 | 27.00 | 0.0001% |
| PAUL M GURMAN & VIRGENE V GURMAN JT | 7857 WILLOWBROOK | | | FAIRFAX STATION | VA | 22039 | 13.00 | 0.0000% |

21

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
|  | TEN | ROAD |  |  |  |  |  |  |
| PAUL S TALLY & | MARILYN A TALLY JT TEN | 814 NO 3RD AVE |  | MINNEAPOLIS | KS | 67467 | 188.00 | 0.0006% |
| PEAKI TAN | 808 RANDY AVE |  |  | SHOREVIEW | MN | 55126 | 165.00 | 0.0005% |
| PHILIP H MAGNUSON & | NANCY F MAGNUSON JT TEN | 4989 ROTHSCHILD DR |  | POMPANO BEACH | FL | 33067 | 110.00 | 0.0003% |
| PHILIP PECK | 851 CRAIG AVE |  |  | SONOMA | CA | 95476-4080 | 17.00 | 0.0001% |
| RACHEL DANDENEAU | 7807 COUNTRY RD 511 |  |  | ROSHARON | TX | 77583 | 7,500.00 | 0.0237% |
| RALPH E JENKINS & | RALPH SCOTT JENKINS JT TEN | 489 MAIN ST |  | LANSING | IA | 52151 | 75.00 | 0.0002% |
| RENATA A PAWLIK | 304 EDGEMONT TERRACE |  |  | TEANECK | NJ | 07666 | 500.00 | 0.0016% |
| RENATA F DE DANTIL | 25 RUE DE L'ATHENEE | 1206 GENEVA |  | SWITZERLAND |  |  | 500.00 | 0.0016% |
| RENEE TINSLEY | 815 LAKE SHORE DRIVE |  |  | MITCHELLVILLE | MD | 20721 | 20.00 | 0.0001% |
| RICHARD A KOST & FRANCES DEE | KOST JT TEN | 4206 N 109TH ST |  | KANSAS CITY | KS | 66106 | 18.00 | 0.0001% |
| RICHARD D JACOBSEN | P O BOX 276 |  |  | HIGH ROLLS PARK | NM | 88325-0276 | 13.00 | 0.0000% |
| RICHARD E MOOMEY & | INEZ J MOOMEY JT TEN | 4511 LEWIS AVE |  | IDA | MI | 48140 | 3.00 | 0.0000% |
| RICHARD M HUGHES & | GERTRUDE M HUGHES JT TEN | 10402 LIBERTY RD |  | RANDALLSTOWN | MD | 21133 | 9.00 | 0.0000% |
| RICHARD MICHAEL DUVAL SLEDD | 1987 HIGH POND LANE |  |  | MOUNT PLEASANT | SC | 29464 | 40,000.00 | 0.1262% |
| RICHARD OWEN | REDACTED |  |  |  |  |  | 21.00 | 0.0001% |
| RICHARD VENNE CUST | KRISTEN VENNE | PA UNIF GIFT MIN ACT | 2411 OVERLAND AVE | READING | PA | 19608 | 5.00 | 0.0000% |
| RICHARD VENNE CUST | DAVID M VENNE | PA UNIF GIFT MIN ACT | 2411 OVERLAND AVE | READING | PA | 19608 | 8.00 | 0.0000% |
| ROBERT E FISHER | 752 COOPER ST |  |  | WOODBURY | NJ | 08096-2521 | 3.00 | 0.0000% |
| ROBERT GRAYSON | THE GRAYSON COMPANY | 200 PARK AVENUE SOUTH STE #1611 |  | NEW YORK | NY | 10003 | 4,800.00 | 0.0151% |

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| ROBERT M SINKO & | PAMELA M SINKO JT TEN | 7546 SONG LAKE RD | | TULLY | NY | 13159-9211 | 83.00 | 0.0003% |
| ROBERT M YEAGER | 2552 ROSEBUSH DRIVE | | | COLUMBUS | OH | 43235 | 41.00 | 0.0001% |
| ROGER A BENNETT | 12316 NE SILDERBERG RD | | | | | | | |
| ROGER E GAVAGAN & BARBARA W | GAVAGAN JT TEN | 5 KENDALL TERR | | BRUSH PRAIRIE | WA | 98606 | 38.00 | 0.0001% |
| RONNIE HEFT & SANDI HEFT JT TEN | 18 BROOKFIELD LANE | | | DANBURY | CT | 06811 | 20.00 | 0.0001% |
| ROXANA STRUSS | 70 CART RD | | | CENTEREACH | NY | 11720 | 110.00 | 0.0003% |
| ROY LIM | 5007 192ND ST | | | DOVER PLAINS | NY | 12522 | 4,000.00 | 0.0126% |
| RUSSELL C ACKLEY | N 022 W 28618 LOUIS AVE | | | FRESH MEADOWS | NY | 11365 | 500.00 | 0.0016% |
| RUTH E BURNS & C PATRICK BURNS JT TEN | 9809 BELINDER | | | PEWAUKEE | WI | 53072 | 18.00 | 0.0001% |
| SACHA C BERETTA | 220 PROSPECT AVE #1-S | | | LEAWOOD | KS | 66206 | 75.00 | 0.0002% |
| SAL LENZO | 500W 56TH STREET APT# 1001 | | | HACKENSACK | NJ | 07601 | 1,500.00 | 0.0047% |
| SAMUEL DWIGHT THOMAS | 16210 WIMBERLY LN | | | NEW YORK | NY | 10019 | 9,000.00 | 0.0284% |
| SANDRA GREENBERG | TR U/A 05/15/98 | SANDRA GREENBERG REVOC LIV TRSUT | 19 HAVEN VIEW | ROSHARON | TX | 77583-6913 | 100.00 | 0.0003% |
| SANDRA K ACCOLA | 1500 VALDERS AV N | | | ST LOUIS | MO | 63141-7902 | 113.00 | 0.0004% |
| SARA DAVIES | 2020 S ROCKWOOD BLVD | | | GOLDEN VALLEY | MN | 55427 | 38.00 | 0.0001% |
| SARINA MANNA | 70 BAY 46TH ATREET | | | SPOKANE | WA | 99203 | 5.00 | 0.0000% |
| SCOTT M BROWN | 1409 HAWLING PL SW | | | BROOKLYN | NY | 11214 | 8.00 | 0.0000% |
| SERENA FORD LOUDON | % SKIFFINGTON 209 | 75 CAMBRIDGE PKWY | | LEESBURG | VA | 20175 | 33.00 | 0.0001% |
| SHARON WEAKLAND | 1642 EDINBORO DR | | | CAMBRIDGE | MA | 02142 | 8.00 | 0.0000% |
| SHERRIE GATZ | 1816 WINGFIELD DR | | | ALTOONA | PA | 16602 | 38.00 | 0.0001% |
| SHERRIE WILLIAMSON | 1816 WINGFIELD DR | | | LONGWOOD | FL | 32779 | 1,333.00 | 0.0042% |
| | | | | LONGWOOD | FL | 32779 | 667.00 | 0.0021% |

DOCS_LA:285175.1 11903-001

23

DOCS_LA:285175.1 11903-001

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| SHIRLEY M RAGLEY | 215 MYRTLE ST | | | PUNXSUTAWNEY | PA | 15767 | 53.00 | 0.0002% |
| STACEY ALLISON BRILL | 75 LAKE AVE UNIT 2 | | | DANBURY | CT | 06810 | 500.00 | 0.0016% |
| STACY L REDLER | 50 W 72ND ST APT 1014 | | | NEW YORK | NY | 10023 | 2,000.00 | 0.0063% |
| STARJAY HOLDINGS INC | 250 SAUVE ST WEST | MONTREAL | QUEBEC H3L 1Z2 | CANADA | | | 1,875.00 | 0.0059% |
| STEFANIE ELIZABETH POWELL | 940 SWEETWATER LANE APT 317 | | | BOCA RATON | FL | 33431 | 500.00 | 0.0016% |
| STEPHEN C WALKER & SALLY E WALKER JT TEN | 3970 PARKPLACE DR | | | ERLANGER | KY | 41018 | 38.00 | 0.0001% |
| STEPHEN M DESENS & BARBARA J DESENS JT TEN | 7569 E TRUCES PL | | | TUCSON | AZ | 85715-3665 | 38.00 | 0.0001% |
| STEPHEN PENELOPE NAM | 89-20 55TH AVE #6R | | | ELMHURST | NY | 11373 | 10,000.00 | 0.0315% |
| STEPHEN VISOKAY | 5688 ADVANCE MILLS RD | | | RUCKERSVILLE | VA | 22968 | 38.00 | 0.0001% |
| STEVEN GOLD | 279 CONTINENTAL DR | | | MANHASSET HILLS | NY | 11040 | 37.00 | 0.0001% |
| STEVEN J LANTZY | 210 E KILBUCK ST | | | TECUMSEH | MI | 49286 | 83.00 | 0.0003% |
| STUART G GRAETZ | 1915 BRIARMILL RD N E | | | ATLANTA | GA | 30329 | 75.00 | 0.0002% |
| SUSAN SMITH | 91 INTERVALE AVE | | | FARMINGDALE | NY | 11735-5331 | 101.00 | 0.0003% |
| SUZANNE E NICHOLS | 3924 FISH HATCHERY RD | | | ALLENTOWN | PA | 18103-9618 | 9.00 | 0.0000% |
| SUZANNE W LA COUR | % SUZANNE WOOD | 5514 PAGEWOOD | | HOUSTON | TX | 77056-7231 | 38.00 | 0.0001% |
| SYLVIA ASENDORF & LONNA JO ASENDORF JT TEN | 14510 MANUELLA ROAD | | | LOS ALTOS | CA | 94022 | 56.00 | 0.0002% |
| TAMMY MARTIN | 2011 FRANKFORT AVE UNIT 407 | | | LOUISVILLE | KY | 40206 | 500.00 | 0.0016% |
| THE CD'S SCHULKE | ATTN VIRGINIA J SCHULKE | 4100 SOUTHLAND DR | | DAYTON | OH | 45429 | 38.00 | 0.0001% |
| THEODORE H GITTINGS & DIANNE J GITTINGS JT TEN | DIANNE J GITTINGS JT TEN | 18533 PINE LAKE DR #2 | | TINLEY PARK | IL | 60477 | 18.00 | 0.0001% |

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| THOMAS J KRAMER | 6 FISHER RD | | | LISBON | IA | 52253-9728 | 55.00 | 0.0002% |
| THOMAS M FOLK | 8318 102ND STREET E | | | PUYALLUP | WA | 98373-1375 | 110.00 | 0.0003% |
| TONGYAN WANG | 625 GRAMATAN AVE APT #21 | | | MOUNT VERNON | NY | 10552 | 20,167.00 | 0.6536% |
| TRACY OLIVER | 41 S OXFORD ST | | | BROOKLYN | NY | 11217 | 4,000.00 | 0.1296% |
| TRICA M LEE | 918 CUSTER ST | | | VALLEY STREAM | NY | 11580 | 500.00 | 0.0016% |
| TSUN LEE | 2080 HARWITCH ROAD | | | COLUMBUS | OH | 43221 | 468.00 | 0.0015% |
| TYLER D HEERWAGEN & | BELINDA B HEERWAGEN JT TEN | 901 COLLEGE AVENUE | | PALO ALTO | CA | 94306 | 20.00 | 0.0001% |
| VALARIE N BASSETT | 22311 WOODROSE DR | | | KATY | TX | 77450 | 500.00 | 0.0016% |
| VALERIA WITHERSPOON | 6831 S RIDGELAND | | | CHICAGO | IL | 60649 | 38.00 | 0.0001% |
| VERONICA NORVELL | % COWAN | 4664 N LORNA AVE 201 | | FRESNO | CA | 93705 | 5.00 | 0.0000% |
| VICKI A LIND | 1380 WALKING STICK WA | | | RENO | NV | 89523 | 38.00 | 0.0001% |
| WALTER L RUTHDEGE | 4040 W 63RD STREET | | | PRAIRIE VILLAGE | KS | 66208 | 71.00 | 0.0002% |
| WALTER LYONS | P O BOX 523 | | | MIDTOWN STATION | NY | 10018 | 1,999.00 | 0.0063% |
| WARREN H RICHARDS JR | 57 SHOVE RD | | | CLINTON | CT | 06413 | 75.00 | 0.0002% |
| WERNER H POLARCZYK | 4710 - 44TH AVE E | | | TACOMA | WA | 98443 | 150.00 | 0.0005% |
| WILLA R ABRAMSON CUST | 10205 COLLINS AVE | | | BAL HARBOUR | FL | 33154-1428 | 768.00 | 0.0024% |
| WILLIAM A BALL & ALICE F BALL JT TEN | 212 JONES CIRCLE | | | THOMASVILLE | NC | 27360 | 188.00 | 0.0006% |
| WILLIAM A BARNEY & JOSEPHINE A BARNEY JT TEN | 2500 CADDY LANE | | | JOLIET | IL | 60435 | 3.00 | 0.0000% |
| WILLIAM E HUNTLEY & DEANNA HUNTLEY JT TEN | 11544 KELLY LN | | | AUSTIN | CO | 81410 | 41.00 | 0.0001% |
| WILLIAM M PELTZMAN & KATHLEEN PELTZMAN JTTEN | 6909 146TH ST WEST | | | SAVAGE | MN | 55378 | 38.00 | 0.0001% |

| NAME | Address1 | Address2 | Address3 | City | ST | Zip | Number of Shares | Percentage |
|---|---|---|---|---|---|---|---|---|
| WILLIE E POE CUST XXAVIER ELIJAH-TEQENE FALASHA | STEVEN X POE | VA UNIF GIFT MIN ACT | 2910 FOX CHASE DRIVE | MIDLOTHIAN | VA | 23112-4406 | 2.00 | 0.0000% |
| | P O BOX 850735 | | | NEW ORLEANS | LA | 70185-0735 | 15.00 | 0.0000% |