**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Cashe`, Inc..<br><br>                    Debtor. | Chapter 11<br><br><br>Case No. 15-10172-MFW |

**NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE,**
**AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure

9010(b), **BELLEVUE SQUARE, LLC ("Bellevue Square")**, appears in this case by and

through the undersigned attorneys.

YOU ARE REQUESTED to serve all notices, including the notices required to be sent to

creditors under Fed. R. Bankr. P. 2002, 4001 and 9007, on the undersigned at the address below.

The foregoing request includes not only the notices and papers referred to in the rules

specified above, but also, without limitation, pleadings or papers seeking relief from stay,

assumption or rejection of an executory contract or unexpired lease, or abandonment of an asset

of the Debtor, all orders, notices, hearing dates, applications, motions, petitions, requests,

complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs and

operating reports, whether formal or informal, whether written or oral, whether transmitted or

conveyed by mail, courier service, delivery, telephone, telegraph, telex, telecopier, or otherwise,

and whether directed to parties in interest, generally or specifically.  This request applies to

documents served both before and after the last date upon which a proof of claim may be filed.

This Notice of Appearance, Request for Special Notice, and Request for Service of

papers shall not be deemed or construed to be a waiver of the rights of **Bellevue Square** to:

(i) have final Orders in non-core matters entered only after *de novo* review; (ii) trial by jury in

99999-9378/LEGAL124972164.1

any proceeding so triable in this case or any case, controversy or proceeding related to this case;

(iii) have the Bankruptcy Court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal; or (iv) any other rights, claims, actions, set-offs or recoupment to

which **Bellevue Square**, is or may be entitled, all of which are expressly reserved.

The Clerk of the Bankruptcy Court is further requested to add the name and address

stated below to the master mailing list in this case:

> John S. Kaplan
> Perkins Coie LLP
> 1201 Third Avenue, Suite 4900
> Seattle, WA  98101-3099
> Telephone:  206.359.8000
> Fax:  206.359.9000
> Email:  JKaplan@perkinscoie.com

The undersigned hereby also consents to email service, including ECF service, at the

following email address:   JKaplan@perkinscoie.com.

Dated:  February 5, 2015

By:/s/  John S. Kaplan
   John S. Kaplan, Bar No. 23788
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
JKaplan@perkinscoie.com
Telephone:        206.359.8000
Facsimile:         206.359.9000

Attorneys for Bellevue Square, LLC

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on this 5th day of February, 2015 upon all parties requesting service via ECF Notification.

/s/  John S. Kaplan
John S. Kaplan, WSBA No. 23788

99999-9378/LEGAL124972164.1