**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Caché, Inc., *et al.*,[1] | Case No.: 15-10172 (MFW) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Otterbourg P.C. and Bayard, P.A. hereby appear as proposed counsel for the Official Committee of Unsecured Creditors (the "**Committee**") pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "**Bankruptcy Code**"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "**Bankruptcy Rules**"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

> **OTTERBOURG P.C.**
> David M. Posner
> Gianfranco Finizio
> 230 Park Avenue
> New York, NY 10169-0075
> Tel: (212) 661-9100
> Fax: (212) 682-6104
> E-mail: dposner@otterbourg.com
>             gfinizio@otterbourg.com
>
> and

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Caché, Inc. (8181); Caché of Las Vegas, Inc. (9821); and Caché of Virginia, Inc. (9725). The location of the Debtors' headquarters and the service address for each of the Debtors is 256 W. 38th Street, New York, NY 10018.

{BAY:02659686v1}

**BAYARD, P.A.**
Scott D. Cousins (No. 3079)
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
E-mail:scousins@bayardlaw.com
emiller@bayardlaw.com

PLEASE TAKE FURTHER NOTICE that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases and any related adversary proceedings, whether currently pending or later commenced (the "**Debtors**"); (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

PLEASE TAKE FURTHER NOTICE that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Committee: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States

Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, the Committee's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of the Committee, cannot enter final orders or judgments in any such case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

| | |
|---|---|
| Dated: February 12, 2015<br>Wilmington, DE | BAYARD, P.A.<br><br>*/s/ Evan T. Miller*<br>Scott D. Cousins (No. 3079)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Tel: (302) 655-5000<br>Fax: (302) 658-6395<br>E-mail:scousins@bayardlaw.com<br>       emiller@bayardlaw.com<br><br>and |

{BAY:02659686v1}

OTTERBOURG P.C.
David M. Posner
Gianfranco Finizio
230 Park Avenue
New York, NY 10169-0075
Tel: (212) 661-9100
Fax: (212) 682-6104
E-mail:dposner@otterbourg.com
       gfinizio@otterbourg.com

*Proposed Counsel for the Official
Committee of Unsecured Creditors*

4