**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:      :  Chapter 11
            :
Cache, Inc., *et al.*      :  Case No. 15-10172 (MFW)
            :
            :  NOTICE OF APPOINTMENT OF
            :  COMMITTEE OF UNSECURED
    Debtors.      :  CREDITORS
---------------------------------

   Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.   **Simon Property Group Inc.,** Attn: Catherine M. Martin, 225 W. Washington St., Indianapolis, IN 46204 Phone: 317-685-7263, Fax: 317-263-7901

2.   **GGP Limited Partnership,** Attn: Julie Minnick, Bowden, 110 N. Wacker Dr., Chicago, IL 60606, Phone: 312-960-2707, Fax: 312-442-6374

3.   **Betsy & Adam Ltd.,** Attn: Frank Lamourt, 1400 Broadway, Ste. 602, New York, NY 10018, Phone: 212-302-3750, Fax: 212-302-9325

4.   **KNF International Co., Ltd.,** c/o Kyung Seung Co., Ltd., Attn: Seunghyong Yi, 1412 Broadway, Ste. 1111, New York, NY 10018, Phone: 212-768-8910

5.   **Amoseastern Apparel Inc**., c/o Mao Liu, Attn: Hung Mao Liu, 49 W. 38th St., New York, NY 10018,  Phone: 212-730-6350, Fax: 212-730-6355

6.   **Taubman Landlords**, Attn: Andrew Conway,  200 E. Long Lake Rd., Ste. 300, Bloomfield Hills, MI 48304, Phone: 248-258-7427, Fax: 248-258-7586

7.   **HCM Collective, Inc., d/b/a Harrison Morgan**, Attn: Guy Clark, 40 Park Ave., Ste. 17D, New York, NY 10016, Phone: 646-262-3758


        ANDREW R. VARA
        Acting United States Trustee, Region 3


         /s/ David L. Buchbinder for
        T. PATRICK TINKER
        ASSISTANT UNITED STATES TRUSTEE

DATED: February 12, 2015

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400