# EXHIBIT A

**(Rejected Leases)**

# UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES TO BE REJECTED[1]

| Non-Debtor Counterparty | Notice Address | Leased Premises | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| 237 King LLC | 8 Family Circle<br>Charleston SC 29407<br>Attn: Joanne Kassis<br><br>Daniel F. Kassis<br>2227 Weepoolow Trail<br>Charleston, SC 29407 | Caché, Inc. #178<br>King Street-SC | Non-Residential Real Property Lease | No later than 2/28/15 |
| Alderwood Mall LLC | C/O Alderwood Mall<br>110 N Wacker Drive<br>Chicago, IL 60606<br>Attn: Law/Lease Admin. Dept.<br><br>Alderwood Mall<br>3000 184th St. SW<br>Room 127<br>Lynnwood, WA 98037<br>Attn: General Manager | Caché, Inc. #258<br>Alderwood-WA | Non-Residential Real Property Lease | No later than 2/28/15 |
| Aloha Investment Group III LLC | 12000 Biscayne Blvd<br>Suite 761<br>North Miami, FL 33181<br>Attn: Lease Administrator | Caché, Inc. #502<br>Mauna Lani-HI | Non-Residential Real Property Lease | No later than 2/28/15 |
| Belden Mall LLC | SRP Property Management LLC<br>1 E Wacker Drive Suite 3700<br>Chicago IL 60601<br>Attn: Lease Coordination<br><br>Belden Mall LLC<br>4230 Beldon Village Mall | Caché, Inc. #167<br>Belden Village -OH | Non-Residential Real Property Lease | No later than 2/28/15 |

---

[1] In the event that the Debtors are (a) unable to vacate a Leased Premise by the Petition Date, the Debtors reserve all rights to remove any of the Rejected Leases from Exhibit A prior to the hearing on the Motion. If the Debtors are required to remove a Rejected Lease from Exhibit A, the Debtors will promptly provide notice to the affected Counterparty of the Debtors' intention not to reject such Rejected Lease.

DOCS_LA:286028.6

| Non-Debtor Counterparty | Notice Address | Leased Premises | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| | Canton OH 44718<br>Attn: General Manager | | | |
| Bellwether Properties of Florida (Limited) | 2049 Century Park East<br>41st Floor<br>Los Angeles CA 90067 Attn: Legal Department | Caché, Inc. #142<br>Countryside -FL | Non-Residential Real Property Lease | No later than 2/28/15 |
| Biltmore Shopping Center Partners LLC | #216, 2502 East Camelback Road<br>Phoenix AZ 85016<br>Attn: Center Manager<br><br>c/o Macerich<br>401 Wilshire Blvd.<br>Suite 700<br>Santa Monica, CA 90401-1452<br>Attn: Legal Department | Caché, Inc. #94<br>Biltmore-AZ | Non-Residential Real Property Lease | No later than 2/28/15 |
| Bliss Properties Inc. | 245 Waterman Street<br>P.O. Box 2513<br>Providence, RI 02906-0513 | Caché, Inc. #101<br>Warwick-RI | Non-Residential Real Property Lease | No later than 2/28/15 |
| Braintree Property Associates LP | c/o MS Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | Caché, Inc. #132<br>South Shore-MA | Non-Residential Real Property Lease | No later than 2/28/15 |
| Bridgewater Commons Mall II LLC | c/o Bridgewater Commons<br>110 N Wacker Drive<br>Chicago, IL60606<br>Attn: Law Leasing Admin. Dept.<br><br>Bridgewater Commons Way<br>400 Commons Way<br>Suite 200<br>Bridgewater NJ 08807<br>Attn: General Manager | Caché, Inc. #60<br>Bridgewater-NJ | Non-Residential Real Property Lease | No later than 2/28/15 |
| CBL/Park Plaza Mall LLC | CBL & Associates Management, Inc.<br>CBL Center, Suite 500<br>2030 Hamilton Place Blvd. | Caché, Inc. #187<br>Park Plaza-AR | Non-Residential Real Property Lease | No later than 2/28/15 |

| Non-Debtor Counterparty | Notice Address | Leased Premises | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| | Chattanooga, TN 37421-6000 | | | |
| CBL-Shops at Friendly LLC | CBL& Associates Management Inc. CBL Center, Suite 500 2030 Hamilton Place Blvd. Chatanooga, TN 37421-6000 | Caché, Inc. #538 Friendly Ctr-NC | Non-Residential Real Property Lease | No later than 2/28/15 |
| Charleston Town Center SPE LLC | Terminal Tower 50 Public Square Suite 1360 Cleveland, OH 44113-2267 | Caché, Inc. #191 Charleston-WV | Non-Residential Real Property Lease | No later than 2/28/15 |
| City Creek Center Associates LLC | 200 East Long Lake Road PO Box 200 Bloomfield Hills, MI 48303-0200 Attn: Lease Administration | Caché, Inc. #542 City Creek Ctr-UT | Non-Residential Real Property Lease | No later than 2/28/15 |
| Continental/Galleria LP | c/o Jones Lang LaSalle Americas Inc. 1500 Washington Road Pittsburgh, PA 15228<br><br>RREEF Retail Group 200 Crescent Court Suite 560 Dallas, TX 75201 Attn: Asset Manager | Caché, Inc. #33 Southpoint-PA | Non-Residential Real Property Lease | No later than 2/28/15 |
| CP Venture Five-AV LLC | Lennar Commercial Services, LLC as manager Reference:  CP Venture Five-AV LLC 7000 Central Parkway NE Suite 700 Atlanta GA 30328. Attn: Lease Administrator<br><br>The Prudential Insurance Company of America 180 N Stetson, Suite 3275 Chicago, IL 60601 | Caché, Inc. #281 The Avenue Viera-FL | Non-Residential Real Property Lease | No later than 2/28/15 |

DOCS_LA:286028.6

| Non-Debtor Counterparty | Notice Address | Leased Premises | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| | Attn: Mike McMains<br><br>The Prudential Insurance Company of America<br>7 Giralda Farms<br>Madison NJ 07940<br>Attn: Law Department | | | |
| Destin Commons, Ltd. | Destin Commons, Ltd<br>c/o Turnberry Associates<br>19501 Biscayne Blvd<br>Suite 400<br>Aventura, FL 33180<br>Attn: Jacquelyn Soffer | Caché, Inc. #234<br>Destin Commons-FL | Non-Residential Real Property Lease | No later than 2/28/15 |
| Destiny USA Holdings LLC | The Clinton Exchange<br>Four Clinton Square<br>Syracuse NY 13202-1078<br>Attn: Management Division | Caché, Inc. #255<br>Destiny USA-NY | Non-Residential Real Property Lease | No later than 2/28/15 |
| Eastview Mall LLC | 1265 Scottsville Road<br>Rochester NY 14624 | Caché, Inc. #138<br>Eastview-NY | Non-Residential Real Property Lease | No later than 2/28/15 |
| Fashion Place LLC | 110 N Wacker Drive<br>Chicago, IL 60606<br>Attn: Law/Lease Admin. Dept.<br><br>Fashion Place Mall<br>6191 S State, Suite 201<br>Murray UT 84107<br>Attn: General Manager | Caché, Inc. #223<br>Fashion Place-UT | Non-Residential Real Property Lease | No later than 2/28/15 |
| Flatiron Property Holdings LLC | One West Flat Iron Circle<br>Suite 1083<br>Broomfield, CO 80021<br>Attn: Management Office<br><br>11411 North Tatum Boulevard<br>Phoenix, AZ 85028<br>Attn: Leasing Dept. | Caché, Inc. #204<br>Flatiron Crossing-CO | Non-Residential Real Property Lease | No later than 2/28/15 |

| Non-Debtor Counterparty | Notice Address | Leased Premises | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| G&I VII Retail Carriage LLC | Poag Shopping Centers LLC<br>2650 Thousand Oaks Blvd.<br>Suite 3150<br>Memphis TN 38118<br>Attn: Legal Department<br><br>G&I VII Retail Carriage LLC<br>220 E 42nd Street<br>27th Floor<br>New York, NY 10017<br>Attn: Peter Janoff | Caché, Inc. #279<br>Carriage Crossing-TN | Non-Residential Real Property Lease | No later than 2/28/15 |
| GGP-Four Seasons LLC | Four Seasons Town Center<br>c/o GGP-Four Seasons LLC<br>110 N Wacker Dr.<br>Chicago, IL 60606<br>Attn: Law/Lease Admin. Dept.<br><br>400 Four Seasons Town Centre<br>Greensboro, NC 27407<br>Attn: General Manager | Caché, Inc. #156<br>Four Seasons-NC | Non-Residential Real Property Lease | No later than 2/28/15 |
| GGP-North Point Inc. | 110 N Wacker Drive<br>Chicago, IL 60606<br>Attn: Law/Lease Admin. Dept.<br><br>North Point Mall<br>1000 North Point Circle<br>Alpharetta GA 30222-4853<br>Attn: General Manager | Caché, Inc. #111<br>Northpoint-GA | Non-Residential Real Property Lease | No later than 2/28/15 |
| Good Forest LLC | Terminal Tower<br>50 Public Square<br>Suite 1360<br>Cleveland OH 44113-2267 | Caché, Inc. #515<br>Wiregrass-FL | Non-Residential Real Property Lease | No later than 2/28/15 |
| Hawthorn LP | 2049 Century Park East<br>41st Floor<br>Los Angeles CA 90067 | Caché, Inc. #230<br>Hawthorn-IL | Non-Residential Real Property Lease | No later than 2/28/15 |

DOCS_LA:286028.6

| Non-Debtor Counterparty | Notice Address | Leased Premises | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| | Attn: Legal Department | | | |
| Hoover Mall Limited LLC | 110 N Wacker Drive<br>Chicago, IL 60606<br>Attn: Law/Lease Admin. Dept.<br><br>3000 Riverchase Galleria<br>Hoover, AL 35244<br>Attn: General Manager | Caché, Inc. #44<br>Riverchase-AL | Non-Residential Real Property Lease | No later than 2/28/15 |
| I&G Direct Real Estate 3, LP | 270 Park Avenue, 7th Floor<br>New York, NY 10017<br>Attn: Asset Manager<br><br>Jones Lang Lasalle Americas Inc.<br>3344 Peachtree Road<br>Suite 1200<br>Atlanta GA 30326<br>Attn: President and CEO, Retail<br><br>Paseo Nuevo<br>651 Paseo Nuevo<br>Santa Barbara, CA 93101<br>Attn: General Manager | Caché, Inc. #67<br>Paseo Nuevo-CA | Non-Residential Real Property Lease (including remote stock space) | No later than 2/28/15 |
| IMI Grand Prairie North LLC | IMI Grand Prairie LLC<br>c/o Development Management Associates<br>1201 N Clark Street<br>Suite 302<br>Chicago, IL 60610<br>Attn: Chief Operating Officer<br><br>Thompson Hine LLP<br>1919 M Street N.W.<br>Suite 700<br>Washington DC 20036 | Caché, Inc. #292<br>Grand Prairie-IL | Non-Residential Real Property Lease | No later than 2/28/15 |

| Non-Debtor Counterparty | Notice Address | Leased Premises | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| | Attn: Bruce Hopkins, Esq. | | | |
| Lawrence Associates | c/o M.S. Management Associates Inc.<br>225 West Washington St<br>Indianapolis IN  46204-3438 | Caché, Inc. #151<br>Quakerbridge-NJ | Non-Residential Real Property Lease | No later than 2/28/15 |
| Leawood TCP LLC | Attn: General Counsel<br>180 E. Broad Street<br>21st Floor<br>Columbus, OH 43215 | Caché, Inc. #162<br>Town Center-KS | Non-Residential Real Property Lease | No later than 2/28/15 |
| Mall at Leigh Valley LP | c/o MS Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | Caché, Inc. #134<br>Lehigh Valley-PA | Non-Residential Real Property Lease | No later than 2/28/15 |
| Mall at Rockingham LLC | c/o M.S. Management Associates Inc.<br>225 W Washington St.<br>Indianapolis IN 46204 | Caché, Inc. #227<br>Rockingham Park-NH | Non-Residential Real Property Lease | No later than 2/28/15 |
| Mall at Summit LLC | c/o M.S. Management Associates, Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204 | Caché, Inc. #277<br>Summit Mall-OH | Non-Residential Real Property Lease | No later than 2/28/15 |
| Mall of Georgia LLC | c/o M.S. Management Associates Inc.<br>2255 W. Washington St.<br>Indianapolis, IN 46204-3438 | Caché, Inc. #197<br>Mall Of Georgia-GA | Non-Residential Real Property Lease | No later than 2/28/15 |
| Mayfair Property Inc. | 110 N Wacker Drive<br>Chicago, IL 60606<br>Attn: Law/Lease Admin. Dept.<br><br>Mayfair Mall<br>2500 N Mayfair Mall<br>Wauwatosa, WI 53226<br>Attn: General Manager | Caché, Inc. #121<br>Mayfair-WI | Non-Residential Real Property Lease | No later than 2/28/15 |
| Oglethorpe Mall, LLC | 110 N Wacker Drive<br>Chicago, IL 60606<br>Attn: Law/Lease Admin. Dept.<br><br>Oglethorpe Mall | Caché, Inc. #232<br>Oglethorpe-GA | Non-Residential Real Property Lease | No later than 2/28/15 |

| Non-Debtor Counterparty | Notice Address | Leased Premises | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| | 7804 Abercorn Extension<br>Savannah GA 31406<br>Attn: General Manager | | | |
| Old Orchard Urban LP | 2049 Century Park East<br>41st Floor<br>Los Angeles CA 90067 Attn: Legal Department | Caché, Inc. #125<br>Old Orchard-IL | Non-Residential Real Property Lease | No later than 2/28/15 |
| Pier Renaissance LP | 1033 North 2nd Street<br>Suite 2A<br>Philadelphia, PA 19123<br><br>One Atlantic Ocean<br>Unit 4111<br>Atlantic City, NJ 08401 | Caché, Inc. #284<br>The Pier At Caesars-NJ | Non-Residential Real Property Lease | No later than 2/28/15 |
| PR Woodland Limited Partnership | c/o PREIT Services<br>LLC, 200 South Broad Street<br>The Bellevue, Third Floor<br>Philadelphia, PA 19102  Attn: Vice President, Legal<br><br>Management Office<br> 3195 28th Street SE<br>Kentwood, MI 49512 Attn: General Manager | Caché, Inc. #164<br>Woodland Mall-MI | Non-Residential Real Property Lease | No later than 2/28/15 |
| PREIT | WG Park L.P.<br>c/o Preit-Rubin Inc.<br>200 South Broad St<br>The Bellevue, Third Flr Philadelphia, PA 19102 | Caché, Inc. #30<br>Willow Grove-PA | Non-Residential Real Property Lease | No later than 2/28/15 |
| Robinson Mall-JCP Associates Ltd | Terminal Tower<br>50 Public Square<br>Suite 1360<br>Cleveland, OH 44113-2267 | Caché, Inc. #210<br>Robinson-PA | Non-Residential Real Property Lease | No later than 2/28/15 |

DOCS_LA:286028.6

| Non-Debtor Counterparty | Notice Address | Leased Premises | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| RPI Bel Air Mall LLC | c/o Rouse Properties Inc, 1116 Avenue of the Americas Suite 2800 New York, NY 10036 | Caché, Inc. #174 Bel Air-AL | Non-Residential Real Property Lease | No later than 2/28/15 |
| Saint Louis Galleria LLC | c/o Saint Louis Galleria 110 N. Wacker Dr. Chicago, IL 60606 Attn: Law/Lease Admin. Dept. | Caché, Inc. #71 St. Louis Galleria-MO | Non-Residential Real Property Lease | No later than 2/28/15 |
| Simon Capital GP | c/o M.S. Management Associates Inc. 225 W. Washington St. Indianapolis, IN 46204-3438 | Caché, Inc. #91 Tyrone Square-FL | Non-Residential Real Property Lease | No later than 2/28/15 |
| SM Eastland Mall LLC | 800 North Green River Road Evansville, IN 47715 Attn: Center Manager<br><br>c/o Macerich PO Box2172 401 Wilshire Blvd. Santa Monica, CA 90407 Attn: Legal Dept. | Caché, Inc. #199 Eastland-IN | Non-Residential Real Property Lease | No later than 2/28/15 |
| South Hills Village Associates, LP | c/o MS Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438<br><br>c/o Macerich Company 401 Wilshire Boulevard Suite 700 Santa Monica, CA 90407<br><br>Woodbine Development Corp. Attn: John Field Scovell 1445 Ross Avenue Suite 5000 Dallas, TX 75202 | Caché, Inc. #514 South Hills Village-PA | Non-Residential Real Property Lease | No later than 2/28/15 |

DOCS_LA:286028.6

| Non-Debtor Counterparty | Notice Address | Leased Premises | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| Southgate Plaza LLC | 2049 Century Park East<br>41st Floor<br>Los Angeles CA 90067<br>Attn: Legal Dept. | Caché, Inc. #176<br>Southgate -FL | Non-Residential Real Property Lease | No later than 2/28/15 |
| Southpark Mall LLC | SRP Property Management LLC<br>1 E Wacker Drive Suite 3700<br>Chicago IL 60601<br>Attn: Lease Coordination<br><br>Southpark Mall LLC<br>500 Southpark Center<br>Strongsville, OH 44136<br>Attn: General Manager | Caché, Inc. #172<br>Southpark-OH | Non-Residential Real Property Lease | No later than 2/28/15 |
| SPG Center LLC | c/o M.S. Management Associates Inc.<br>225 W. Washington Street<br>Indianapolis, IN 46204 | Caché, Inc. #100<br>Stanford-CA | Non-Residential Real Property Lease | No later than 2/28/15 |
| Star-West Franklin Park Mall | SRP Property Management LLC<br>1 E Wacker Drive Ste 3700<br>Chicago IL 60601<br>Attn:: Lease Coordination<br><br>Star-West Franklin Park Mall, LLC<br>5001 Monroe Street<br>Toledo OH 43623<br>Attn:: General Manager | Caché, Inc. #105<br>Franklin Park-OH | Non-Residential Real Property Lease | No later than 2/28/15 |
| Taubman-Cherry Creek LP | 200 E. Long Lake Rd.<br>PO Box 200<br>Bloomfield Hills, MI  48303-0200 | Caché, Inc. #163<br>Cherry Creek-CO | Non-Residential Real Property Lease | No later than 2/28/15 |
| TM Fairlane Center LP | Starwood Retail Property Management, LLC<br>1 E Wacker Drive<br>Suite 3700<br>Chicago, IL 60601<br>Attn: Lease Coordination | Caché, Inc. #80<br>Fairlane Town-MI | Non-Residential Real Property Lease | No later than 2/28/15 |

DOCS_LA:286028.6

| Non-Debtor Counterparty | Notice Address | Leased Premises | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| | Fairlane Town Center<br>18900 Michigan Ave.<br>Dearborn, MI 48126-3902<br>Attn: General Manager | | | |
| TM Macarthur Center LP | Starwood Retail Property Management LLC<br>1 E Wacker Drive Suite 3700<br> Chicago IL 60601<br>Attn: Lease Coordination<br><br>Macarthur Shopping Center<br>300 Monticello Ave<br>Norfalk, VA 23510<br>Attn: : General Manager | Caché, Inc. #179<br>Macarthur-VA | Non-Residential Real Property Lease | No later than 2/28/15 |
| TM Northlake Mall LP | Starwood Retail Property Management, LLC<br>1 E Wacker Drive Suite 3700<br>Chicago, IL 60601<br>Attn: Lease Coordination<br><br>Northlake Mall<br>6801 Northlake Mall Dr.<br>Charlotte, NC 28216<br>Attn: General Manager | Caché, Inc. #275<br>Northlake-NC | Non-Residential Real Property Lease | No later than 2/28/15 |
| Triangle Town Center LLC | CBL& Associates Management Inc.<br>CBL Center, Suite 500<br>2030 Hamilton Place Blvd.<br>Chatanooga, TN 37421-6000 | Caché, Inc. #222<br>Triangle-NC | Non-Residential Real Property Lease | No later than 2/28/15 |
| Trump Taj Mahal Associates | The Boardwalk and Pennsylvania Avenue<br>Atlantic City NJ 08401 | Caché, Inc. #57<br>Trump Taj Mahal  -NJ | Non-Residential Real Property Lease | No later than 2/28/15 |
| Tucson Mall LLC | 110 N Wacker Drive<br>Chicago, IL 60606<br>Attn: Law/Lease Admin. Dept. | Caché, Inc. #119<br>Tucson-AZ | Non-Residential Real Property Lease | No later than 2/28/15 |

DOCS_LA:286028.6

| Non-Debtor Counterparty | Notice Address | Leased Premises | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| | Tucson Mall<br>4500 N Oracle Road<br>Tucson AZ 85705<br>Attn: General Manager | | | |
| Valencia Town Center Venture, L.P. | 2049 Century Park East<br>41st Floor<br>Los Angeles CA 90067<br>Attn: Legal Department | Caché, Inc. #541<br>Valencia-CA | Non-Residential Real Property Lease | No later than 2/28/15 |
| WEA Palm Desert LP | 2049 Century Park East<br>41st Floor<br>Los Angeles CA 90067<br>Attn: Legal Department | Caché, Inc. #25<br>Palm Desert-CA | Non-Residential Real Property Lease | No later than 2/28/15 |
| West County Shoppingtown LLC | CBL& Associates Management Inc.<br>CBL Center, Suite 500<br>2030 Hamilton Place Blvd.<br>Chatanooga, TN 37421-6000 | Caché, Inc. #221<br>West County-MO | Non-Residential Real Property Lease | No later than 2/28/15 |
| West Town Mall LLC | 225 West Washington Street<br>Indianapolis IN 46204 | Caché, Inc. #113<br>West Town-TN | Non-Residential Real Property Lease | No later than 2/28/15 |
| Westchester Mall LLC | c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204 | Caché, Inc. #95<br>The Westchester-NY | Non-Residential Real Property Lease[2] (including remote stock space) | No later than 2/28/15 |
| Willowbrook Mall (TX) LLC | 110 N Wacker Drive<br>Chicago, IL 60606<br>Attn: Law/Lease Admin. Dept.<br><br>Willowbrook Mall<br>2000 Willowbrook Mall<br>Houston, TX  77070<br>Attn: General Manager | Caché, Inc. #144<br>Willowbrook-TX | Non-Residential Real Property Lease | No later than 2/28/15 |
| Winston-Salem LLC | CBL & Associates Management, Inc.<br>CBL Center, Suite 500<br>2030 Hamilton Place Blvd. | Caché, Inc. #108<br>Hanes-NC | Non-Residential Real Property Lease | No later than 2/28/15 |

---

[2] The Debtors are rejecting any interest in both their lease which expires February 28, 2015, and a separate lease previously entered into and effective as of March 1, 2015 for this location.

| Non-Debtor Counterparty | Notice Address | Leased Premises | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| | Chattanooga, TN 37421-6000 | | | |
| Woodland Hills Mall LLC | M.S. Management Associates Inc.<br>225 West Washington St<br>Indianapolis IN  46204-3438 | Caché, Inc. #146<br>Woodland Hills-OK | Non-Residential Real Property Lease | No later than 2/28/15 |