IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CACHÉ, INC., *et al.*,<br><br>  Debtors. | Chapter 11<br><br>Case No. 15-10172 (MFW)<br>(Jointly Administered)<br><br>Objection Deadline:  February 18 at 4:00 p.m. EST<br>Hearing:  February 23 at 12:30 p.m. EST |

**JOINDER OF DDR CORP., JONES LANG LASALLE AMERICAS, INC., ROUSE PROPERTIES, AND TURNBERRY ASSOCIATES TO THE COMBINED LIMITED OBJECTION OF MACERICH COMPANY, STARWOOD RETAIL PARTNERS LLC, THE FORBES COMPANY, THE RELATED COMPANIES, DEUTSCHE ASSET & WEALTH MANAGEMENT, G&I RETAIL CARRIAGE LLC, BOULEVARD INVEST, LLC, AND THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO (1) DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING ENTRY INTO AGENCY AGREEMENT, (B) AUTHORIZING BIDDING PROTECTIONS, (C) AUTHORIZING BIDDING PROCEDURES AND AUCTION AND (D) SCHEDULING SALE HEARING AND APPROVING NOTICE THEREOF; (II) AUTHORIZING (A) SALE OF ASSETS AND (B) STORE CLOSINGS SALES AND (III) GRANTING RELATED RELIEF; AND (2) MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, AND 507 FOR AUTHORIZATION TO: (1) INCUR SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING; (2) USE OF CASH COLLATERAL; (3) GRANT LIENS AND PROVIDE SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (4) GRANT ADEQUATE PROTECTION; (5) MODIFY THE AUTOMATIC STAY; AND (6) SCHEDULE A FINAL HEARING**

DDR Corp., Jones Lang LaSalle Americas, Inc., Rouse Properties, and Turnberry Associates, as landlords, owners, and/or managing agents for the properties listed on the attached Exhibit A (collectively, the "Landlords"), by and through their undersigned counsel, Kelley Drye & Warren LLP, join in the *Combined Limited Objection of Macerich Company, Starwood Retail Partners LLC, The Forbes Company, The Related Companies, Deutsche Asset & Wealth Management, G&I Retail Carriage LLC, Boulevard Invest, LLC, and The Prudential Insurance Company of America to (1) Debtors' Motion for Orders (I)(A) Authorizing Entry Into Agency Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and*

*Auction and (D) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing (A) Sale of Assets and (B) Store Closings Sales; and (III) Granting Related Relief; and (2) Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 for Authorization to: (1) Incur Senior Secured Superpriority Postpetition Financing; (2) Use of Cash Collateral; (3) Grant Liens and Provide Superpriority Administrative Expense Status; (4) Grant Adequate Protection; (5) Modify the Automatic Stay; and (6) Schedule a Final Hearing* (the "Combined Objection").[1]

## JOINDER

1. The Landlords are the owners or managing agents for the owners of numerous shopping centers located throughout the United States. The above-captioned debtors (the "Debtors") lease retail space from the Landlords pursuant to written leases at the locations (the "Leased Premises") identified in the chart attached hereto as Exhibit A. The Leased Premises are located in shopping centers as that term is used in section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081 (3d Cir. 1990).

2. The Landlords share the concerns and objections raised in the Combined Objection, including without limitation, the timing of the delivery to the Landlords of information regarding adequate assurance of future performance and the Landlords' time to object to any assumption or assignment, as well as the terms of the Debtors' proposed guidelines for the conduct of store closing sales.

---

[1] Docket Entry No. 129.

WHEREFORE, the Landlords respectfully request that the relief requested by the Debtors be denied or modified as set forth in the Combined Objection in order to protect the Landlords' rights.

Dated:  February 18, 2015

                                      KELLEY DRYE & WARREN LLP

                                      By: */s/ Robert L. LeHane*
                                           Robert L. LeHane
                                           Jennifer D. Raviele
                                      101 Park Avenue
                                      New York, New York 10178
                                      Telephone:  (212) 808-7800
                                      Facsimile:  (212) 808-7897
                                      rlehane@kelleydrye.com
                                      jraviele@kelleydrye.com

## **EXHIBIT A**

| Property | Location | Name of Landlord or Managing Agent |
|---|---|---|
| Aventura Mall – Store No. 1 | Aventura, FL | Turnberry Associates |
| Aventura Mall – Store No. 2 | Aventura, FL | Turnberry Associates |
| Bel Air Mall | Bel Air, AL | RPI Bel Air Mall LLC |
| Destin Commons | Destin, FL | Destin Commons, Ltd. |
| Galleria at Fort Lauderdale | Fort Lauderdale, FL | Jones Lang LaSalle Americas, Inc. |
| Paseo Colorado | Pasadena, CA | DDR Corp. |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CACHÉ, INC., *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-10172 (MFW)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I, Jennifer D. Raviele, hereby certify that on this 18th day of February 2015, I served a true and correct copy of the foregoing document by first-class mail, postage pre-paid, upon the following parties:

| | |
|---|---|
| Attn:  Laura Davis Jones<br>Attn:  David M. Bertenthal<br>Pachulski Stang Ziehl & Jones LLP<br>919 N Market St, 17th Flr<br>Wilmington, DE 19801 | Attn:  Mark Renzi<br>Cache, Inc.<br>256 W 38th St, 2nd Flr<br>New York, NY 10018 |
| Attn:  Daniel Shea<br>Montgomery Scott LLC<br>575 Lexington Ave, 15th Flr<br>New York, NY 10022 | Attn:  Kyle C. Shonak<br>Salus Capital Partners, LLC<br>197 First Ave, Ste 250<br>Needham, MA 02494 |
| Attn:  John F. Ventol<br>Choate Hall & Stewart<br>Two International Place<br>Boston, MA 02110 | Attn:  Maura I. Russell<br>DiConza Traurig Kadish LLP<br>630 Third Ave, 7th Flr<br>New York, NY 10017 |
| Attn:  David M. Posner<br>Attn:  Gianfranco Finizio<br>Otterbourg P.C.<br>230 Park Ave<br>New York, NY 10169-0075 | Attn:  Scott D. Cousins<br>Attn:  Evan T. Miller<br>BAYARD, P.A.<br>222 Delaware Ave, Ste 900<br>Wilmington, DE 19801 |

                                        By: */s/ Jennifer D. Raviele*
                                             Jennifer D. Raviele