IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CACHÉ., *et al.*,[1] | Case No. 15-10172 (MWF) |
| | Jointly Administered |
| Debtors. | Hearing Date: Feb 23, 2015 at 12:30 p.m. (ET) |
| | Objection Deadline: Feb 18, 2015 at 4:00 p.m. (ET) |
| | Related to Docket No. 12, 13 & 129 |

**JOINDER OF GGP LIMITED PARTNERSHIP AND GALLERIA MALL INVESTORS IN THE COMBINED LIMITED OBJECTION OF THE MACERICH COMPANY, *ET AL.* (D.I. 129) TO (1) DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING ENTRY INTO AGENCY AGREEMENT, (B) AUTHORIZING BIDDING PROTECTIONS, (C) AUTHORIZING BIDDING PROCEDURES AND AUCTION AND (D) SCHEDULING SALE HEARING AND APPROVING NOTICE THEREOF; (II) AUTHORIZING (A) SALE OF ASSETS AND (B) STORE CLOSINGS SALES AND (III) GRANTING RELATED RELIEF; AND (2) MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, AND 507 FOR AUTHORIZATION TO: (1) INCUR SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING; (2) USE OF CASH COLLATERAL; (3) GRANT LIENS AND PROVIDE SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (4) GRANT ADEQUATE PROTECTION; (5) MODIFY THE AUTOMATIC STAY; AND (6) SCHEDULE A FINAL HEARING**

TO THE HONORABLE MARY F. WALRATH,
UNITED STATES BANKRUPTCY JUDGE:

GGP Limited Partnership ("GGP"), as Direct and Indirect Owner of Landlord and/or Managing Agent for GGP's related entities, and Galleria Mall Investors ("Galleria" and together with GGP, the "Objecting Landlords"), by and through the undersigned counsel, hereby file this joinder (the "Joinder") in the Objection of The Macerich Company, *et al.* (D.I. 129) (the "Macerich Objection") to (1) Debtors' Motion for Orders (I)(A) Authorizing Entry into Agency Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Caché, Inc. (8181); Caché of Las Vegas, Inc. (9821); and Caché of Virginia, Inc. (9725). The location of the Debtors' headquarters and the service address for each of the Debtors is 256 W. 38th Street, New York, NY 10018.

Auction and (D) Scheduling Sale Hearing and Approving Notice Thereof; (I) Authorizing (A) Sale of Assets and (B) Store Closings Sales and (II) Granting Related Relief [D.I. 13]; and (2) Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 for Authorization to:  (1) Incur Senior Secured Superpriority Postpetition Financing; (2) Use of Cash Collateral; (3) Grant Liens and Provide Superpriority Administrative Expense Status; (4) Grant Adequate Protection; (5) Modify the Automatic Stay; and (6) Schedule a Final Hearing [D.I. 12] (collectively, the "Motions"),[2] and respectfully represent as follows:

1.     Caché, Inc. ("Caché"), and its affiliated co-debtors (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on or about February 4, 2015.  The Debtors have continued to operate their business and manage their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.[3]

2.     Landlords are the owners or managing agents for the owners of numerous shopping centers (the "Centers") throughout the United States wherein Debtors operate or previously operated their retail stores (the "Premises") pursuant to nonresidential real property leases (the "Leases", and each a "Lease").  The properties affected by the Motion are:

| Shopping Center | Landlord |
|---|---|
| Ala Moana Center | GGP |
| Altamonte Mall | GGP |
| Baybrook Mall | GGP |
| Bayside Marketplace | GGP |
| Beachwood Place | GGP |
| Christiana Mall | GGP |
| Columbiana Centre | GGP |

---

[2] Terms not otherwise defined herein shall have the meanings ascribed to them in the Procedures Motion and other accompanying documents.

[3] Unless otherwise specified, all statutory references to "Section" are to 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

| | |
|---|---|
| Cumberland Mall | GGP |
| Fashion Show | GGP |
| First Colony Mall | GGP |
| Glendale Galleria CA | GGP |
| Kenwood Towne Centre OH | GGP |
| Lakeside Mall | GGP |
| Mall of Louisiana | GGP |
| Natick Mall | GGP |
| Natick Mall | GGP |
| North Star Mall | GGP |
| Northridge Fashion Center | GGP |
| Oxmoor Center | GGP |
| Park Meadows | GGP |
| Pembroke Lakes Mall | GGP |
| Perimeter Mall | GGP |
| Providence Place | GGP |
| Staten Island Mall Phase I | GGP |
| Stonebriar Centre | GGP |
| The Grand Canal Shoppes | GGP |
| The Mall in Columbia | GGP |
| The Oaks Mall | GGP |
| The Shops at LaCantera | GGP |
| The Woodlands Mall | GGP |
| Towson Town Center | GGP |
| Village of Merrick Park | GGP |
| Willowbrook NJ | GGP |
| Alderwood | GGP |
| Bridgewater Commons | GGP |
| Fashion Place | GGP |
| Four Seasons Town Centre | GGP |
| Mayfair | GGP |
| North Point Mall | GGP |
| Oglethorpe Mall | GGP |
| Riverchase Galleria | GGP |
| Saint Louis Galleria | GGP |
| Tucson Mall | GGP |
| Willowbrook Mall TX | GGP |
| Governors Square | GGP |
| Lynnhaven Mall | GGP |
| Northbrook Court | GGP |
| Oakbrook Center | GGP |
| Ridgedale Center | GGP |
| Stonebriar Centre | GGP |
| The Streets at Southpoint | GGP |
| Valley Plaza Mall CA | GGP |

| Ala Moana Center | GGP |
|---|---|
| Dallas Galleria | Galleria |

3. Each Lease is a "lease of real property in a shopping center" as that term is used in Section 365(b)(3).  *See In re Joshua Slocum, Ltd*., 922 F.2d 1081, 1086-1087 (3d Cir. 1990).

4. The Debtors filed the Motions on the Petition Date, seeking debtor in possession financing and proposing to sell the Debtors' assets through store closing sales or other alternative arrangements.  Objecting Landlords do not generally object to the Debtors selling their assets.  Objecting Landlords, however, do object to a sale process that does not adequately protect Objecting Landlords' due process, legal and negotiated lease rights.

**JOINDER**

5. Objecting Landlords hereby join and incorporate the Macerich Objection as fully though the same were fully set forth at length herein, request the same relief as set forth in the Macerich Objection, and pray for such other and further relief as the Court deems appropriate.

6. In addition to the foregoing Joinder, Objecting Landlords hereby further join in the objections filed by Debtors' other landlords to the extent that such objections are not inconsistent with the relief requested in the aforementioned Macerich Objection.

**ADDITIONAL ISSUE REGARDING GOB SALES**

7. To the extent that Objecting Landlords enter into any "side letter" with the Agent regarding the conduct of the GOB Sales, the Sale Order should provide that the terms of that side letter shall prevail over any conflicting Sale Guidelines or provisions of the Sale Order.

**RESERVATION OF RIGHTS**

8. Objecting Landlords hereby further reserve their rights to make such other and further objections as may be appropriate.

## **CONCLUSION**

For the reasons set forth above and in the Macerich Objection, Objecting Landlords respectfully request that the final financing order and any order approving the bid procedures and sale process should contain the modifications raised by this Joinder and the Macerich Objection, and grant such further relief as the Court deems proper.

Dated: February 18, 2015  
Wilmington, Delaware

Respectfully submitted,

*/s/ Leslie C. Heilman*
Leslie C. Heilman (No. 4716)
Matthew G. Summers, Esquire (No. 5533)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: Heilmanl@ballardspahr.com

and

David L. Pollack, Esquire
BALLARD SPAHR LLP
51ST Fl - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania  19103
Telephone: (215) 864-8325
Facsimile: (215) 864-9473
Email: pollack@ballardspahr.com

*Attorneys for GGP Limited Partnership and Galleria Mall Investors*