**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | ) |
| | )    **Chapter 11** |
| **CACHE, *et al.*,**[1] | )    **Case No. 15-10172 (MFW)** |
|        **Debtors.** | ) |
| | )    **Objection Due: February 18, 2012** |
| | )    **at 4:00 p.m. (ET)** |
| | )    **Hearing Date:  February 23, 2012** |
| | )    **at 12:30 p.m. (ET)** |
| | ) |
| | )    **Related to Docket No. 129** |

**LIMITED OBJECTION AND JOINDER OF SIMON PROPERTY GROUP, INC.
TO (I) DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING ENTRY INTO
AGENCY AGREEMENT, (B) AUTHORIZING BIDDING PROTECTIONS, (C)
AUTHORIZING BIDDING PROCEDURES AND AUCTION AND (D)
SCHEDULING SALE OF ASSETS AND (B) STORE CLOSINGS SALES AND (III)
GRANTING RELATED RELIEF; AND (2) MOTION OF DEBTORS FOR
INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363,
364, AND 507 FOR AUTHORIZATION TO:  (1) INCUR SENIOR SECURED
SUPERPRIORITY POSTPETITION FINACING; (2) USE OF CASH
COLLATERAL; (3) GRANT LIENS AND PROVIDE SUPERPRIORITY
ADMINISTRATIVE ESPNSE STATUS; (4) GRANT ADEQUATE PROTECTION;
(5) MODIFY THE AUTOMATIC STAY; AND (6) SCHEDULE A FINAL HEARING**

Comes now, Simon Property Group, Inc. and its related entities ("Simon"),

through its undersigned counsel, and hereby files this Limited Objection and Joinder of

Simon to (I) Debtors' Motion for Entry of Orders (I)(A) Authorizing Entry into Agency

Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and

Auction and (D) Scheduling Sale of Assets and (B) Store Closings Sales and (III) Granting

Related Relief; and (2) Motion of Debtors For Interim and Final Orders Pursuant To 11

U.S.C. §§ 105, 361, 362, 363, 364, and 507 For Authorization to:  (1) Incur Senior Secured

Superpriority Postpetition Financing; (2) Use of Cash Collateral; (3) Grant Liens and

Provide Superpriority Administrative Expense Status; (4) Grant Adequate Protection; (5) Modify The Automatic Stay; and (6) Schedule a Final Hearing (the "Motions") and in support of the same states as follows:

1.      Simon joins in the objections of other landlords for the reasons stated in such objections.

## BACKGROUND

1.      On February 4, 2015, (the "Petition Date"), Cache, Inc. and its affiliated co-debtors (collectively, the "Debtors") filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2.      Since the Petition Date, the Debtors have continued in the operation and management of their business as Debtors-in-Possession under 11 U.S.C. §§ 1107 (a) and § 1108.

3.      The Debtors Lease retail space (the "Premises") from the Landlord pursuant to unexpired leases of nonresidential real property (individually, a "Lease", and collectively, the "Leases") at the locations (the "Centers") set forth in detail on Schedule A hereto. The Leases are leases "of real property in a shopping center" as that term is used in Section 365(b)(3). *See* <u>In re Joshua Slocum, Ltd.,</u> 922 F.2d 1081, 1086-87 (3d Cir. 1990).

4.      By way of background, the retail shopping centers managed by Simon, including the Simon community shopping centers, are generally large, up-scale, centers. The leases between Simon and the Debtor contain very specific restrictions and

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number are: Cache, Inc. (8181); Cache of Las Vegas, Inc. (9821); and Cache of Virginia, Inc. (9725). The location of the Debtors' headquarters and the service address for each of the Debtors is 256 W. 38th Street, New York, NY 10018.

covenants, which are of paramount concern for shopping center owners and their landlords.

5.      Simon joins in the objections of other landlords including The Macerich Company, Starwood Retail Partners LLC, The Forbes Company, The Related Companies, Deutsche Asset & Wealth Management, G&I Retail Carriage LLC, Boulevard Invest, LLC and The Prudential Insurance Company of America (the "Landlords") for the reasons stated in such objections, specifically including, but not limited to, objections to auction schedule and sale motion, to adequate assurance, to proposed store closing sale and guidelines, to stub rent payments, and landlord credit bid procedures.

## RESERVATION OF RIGHTS TO RAISE FURTHER OBJECTION

1.      Landlord reserves the rights to amend or modify the Objection once the results of the auction become known. Additionally, these objections without prejudice to Landlord's ability to raise further objections.

2.      To the extent consistent with the objections expressed herein, Landlord also join in the objections of other shopping center lessors to the Debtor's proposed relief.

## CONCLUSION

1.      WHEREFORE, for the foregoing reasons, Simon respectfully requests that the court enter an order consistent with this Objection and grant Simon such other and further relief as is just and proper.

Respectfully submitted,


/s/Ronald M. Tucker
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. and its related
entities
225 W. Washington Street
Indianapolis, IN  46204
Indiana Bar #11428-49
(317) 263-2346
(317) 263-7901 (FAX)
rtucker@simon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 19th day of February, via U.S. Mail prepaid, facsimile transmission and/or ECF Noticing, to individuals listed below.

By:  /s/Ronald M. Tucker
Ronald M. Tucker, Esq.

| *Debtor:* | *US Trustee:* |
|---|---|
| **Laura Davis Jones**<br>**Peter J. Keane**<br>**Colin R. Robinson**<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington, DE  19801<br>Email:  ljones@pszjlaw.com<br>pkeane@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>**Maxim B. Litvak**<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street<br>15th Floor<br>San Francisco, CA  94111<br><br>**Catherine Scholmann Robertson**<br>Pahl & McCay<br>225 W. Santa Clara St.<br>Suite 1500<br>San Jose, CA  95113 | **David L. Buchbinder**<br>Office of the U.S. Trustee<br>J. Caleb Boggs Federal Building<br>Suite 2207<br>Wilmington, DE  19801<br>Email:  David.l.buchbinder@usdoj.gov |
| *Claims Agent:* | *Creditor Committee:* |
| **Albert Kass**<br>Kurtzman Carson Consultants, LLC<br>2335 Alaska Ave<br>El Segundo, CA  90245<br>Email:  ECFpleadings@kccllc.com | **Scott D. Cousins**<br>Baynard, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>Email:  scousins@baynardlaw.com |

|   | **Gianfranco Finizio**<br>**David M. Posner**<br>Otterbourg, Steindler, Houston & Rosen,<br>230 Park Avenue<br>New York, NY 10169<br>Email: gfinizio@oshr.com<br>dposner@oshr.com<br><br>**Evan T. Miller**<br>Bayard, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>Email: emiller@bayardlaw.com |
|---|---|

EXHIBIT A

| Property Name | DBA |
|---|---|
| Barton Creek Square | Cache |
| Brea Mall | Cache |
| Burlington Mall | Cache |
| Cape Cod Mall | Cache |
| Cielo Vista Mall | Cache |
| Coconut Point | Cache |
| Copley Place | Cache |
| Cordova Mall | Cache |
| Dadeland Mall | Cache Luxe |
| Fashion Ctr at Pentagon City | Cache |
| Fashion Mall at Keystone | Cache |
| Fashion Valley | Cache |
| Florida Mall | Cache |
| Haywood Mall | Cache |
| Houston Galleria | Cache |
| King of Prussia The Plaza | Cache |
| La Plaza Mall | Cache |
| Lehigh Valley Mall | Cache |
| Lenox Square | Cache |
| Mall at Rockingham Park | Cache |
| Mall of Georgia | Cache |
| Meadowood Mall | Cache |
| Menlo Park Mall | Cache |
| Miami International Mall | Cache |
| Northshore Mall | Cache |
| Orland Square | Cache |
| Penn Square Mall | Cache |
| Pheasant Lane Mall | Cache |
| Quaker Bridge Mall | Cache |
| Rockaway Townsquare | Cache |
| Roosevelt Field | Cache |
| Ross Park Mall | Cache |
| Sawgrass Mills | Cache Outlet |
| Smith Haven Mall | Cache |
| South Hills Village | Cache |
| South Shore Plaza | Cache |
| SouthPark | Cache |
| St. Johns Town Center 1 | Cache |
| Stanford Shopping Center | Cache |
| Stoneridge Shopping Center | Cache |
| Summit Mall | Cache |
| The Avenues | Cache |
| The Domain | Cache |

**EXHIBIT A**

| | |
|---|---|
| The Falls | Cache |
| The Forum Shops at Caesars II | Cache |
| The Mills at Jersey Gardens | Cache |
| The Shops at Mission Viejo | Cache |
| The Westchester | Cache |
| Town Center at Boca Raton | Cache |
| Treasure Coast Square | Cache |
| Tyrone Square | Cache |
| Walt Whitman Shops | Cache |
| West Town Mall | Cache |
| Woodfield Mall | Cache |
| Woodland Hills Mall | Cache |
| Southern Park Mall | Cache |