## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 15-10172-MFW** |
| **CACHE, INC., et al.,** | ) | **Jointly Administered** |
| **Debtor** | ) | **Hearing Date & Time: 2/23/15 at 10:00am** |
| | ) | **Related to Docket No. 129** |

### THE TAUBMAN LANDLORDS' JOINDER IN LIMITED OBJECTION TO MOTION FOR ORDERS AUTHORIZING BID PROECDURES FILED BY STARWOOD RETAIL PARTNERS LLC, ET AL. [Related Document #129]

The Taubman Landlords,[1] by its counsel, Andrew S. Conway, hereby joins in the

Debtors' Motion for Orders to Establish Procedures for Bid Process, *inter alia* [Related

Document #129], for the reasons stated in that Limited Objection.

Dated: February 20, 2015

> Andrew S. Conway
> Attorney for The Taubman Landlords
> By:        /s/ Andrew S. Conway
> Andrew S. Conway
> 200 East Long Lake Road, Suite 300
> Bloomfield Hills, Michigan 48304
> (248) 258-7427

---

[1]  The Taubman Landlords are the owners of certain regional retail shopping centers, which include the following:  La Cienega Partners Limited Partnership, commonly known as Beverly Center, located in Los Angeles, California; Taubman Cherry Creek Shopping Center, L.L.C., commonly known as Cherry Creek, located in Denver, Colorado; City Creek Center Associates LLC, commonly known as City Creek Center, located in Salt Lake City, Utah; Fairfax Company of Virginia L.L.C., commonly known as Fair Oaks, located in Fairfax, Virginia; The Gardens on El Paseo LLC, commonly known as The Gardens on El Paseo, located in Palm Desert, California; Green Hills Mall TRG LLC, commonly known as The Mall at Green Hills, located in Nashville, Tennessee; Tampa Westshore Associates Limited Partnership, commonly known as International Plaza, located in Tampa, Florida; Short Hills Associates, L.L.C., commonly known as The Mall at Short Hills, located in Milburn, New Jersey; Twelve Oaks Mall, LLC, commonly known as Twelve Oaks Mall, located in Novi, Michigan; TB Mall at UTC LLC, commonly known as The Mall at University Town Center, located in Sarasota, Florida; and West Farms Mall, LLC, commonly known as Westfarms Mall, located in Farmington, Connecticut.

20655(0.1)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 15-10172-MFW |
| CACHE, INC., et al., | ) | Jointly Administered |
| Debtor | ) | Hearing Date & Time: 2/23/15 at 10:00am |
| | ) | Related to Docket No. 129 |

**CERTIFICATE OF SERVICE**

Donna R. Nagle, being first duly sworn, deposes and says that she is an employee of The Taubman Company, and that on February 20, 2015, she served a copy of **The Taubman Landlords' Joinder in Limited Objection to Motion for Orders Authorizing Bid Procedures Filed by Starwood Retail Partners LLC, et al [Related Document #129] and this Certificate of Service** via Notice of Electronic Filing and/or by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing the envelopes and their contents in the United States mail, addressed as follows:

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Proposed Counsel for the Debtors

David L. Buchbinder, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Scott D. Cousins
Evan T. Miller
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Proposed Counsel for the Official
Committee of Unsecured Creditors

David M. Posner
Gianfranco Finizio
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169-0075
Proposed Counsel for the Official
Committee of Unsecured Creditors

_/s/ Donna R. Nagle_
Donna R. Nagle

Subscribed and sworn to before me,
on this 20th day of February, 2015

_/s/ Deann Lynett Iloncai_
Deann Lynett Iloncai, Notary Public
Lapeer County, Michigan
My commission expires: 3/23/21
Acting in Oakland County, MI

20655(0.1)                      2