# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CACHÉ, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10172 (MFW)<br>(Jointly Administered)<br><br>Re:  Docket No. 196<br><br>Objection Deadline:  March 2, 2015 at 12:00 p.m.<br>Hearing Date:  March 3, 2015 at 11:30 a.m. |

**RESPONSE AND RESERVATION OF RIGHTS OF UNITED PARCEL SERVICE, INC., UPS-SUPPLY CHAIN SOLUTIONS, INC., UPS FREIGHT, INC. AND UPS CUSTOMHOUSE BROKERAGE, INC. TO DEBTORS' UNEXPIRED LEASE OR EXECUTORY CONTRACT ASSUMPTION AND CURE NOTICE**

United Parcel Service, Inc., UPS-Supply Chain Solutions, Inc., UPS Freight, Inc. and UPS Customhouse Brokerage, Inc. (collectively, "UPS") by and through their undersigned counsel, hereby reserve all of their rights with respect to any assumption and assignment of any of their contracts with Caché, Inc. and its debtor affiliates (collectively, "Debtors") (including objections to the cure amount and to adequate assurance of future performance), and respectfully state as follows:

1. UPS has provided and continues to provide services to the Debtors pursuant to various contracts.

2. Pursuant to that certain Order Pursuant To 11 U.S.C. §§ 105(a) And 363 Authorizing Debtors To Pay Prepetition Claims Of Shippers And Granting Related Relief dated February 5, 2015 [D.I. 59] (the "Shipping Order"), the Debtors were authorized to pay prepetition shipping charges (including charges owed to UPS) in an amount not to exceed $1,000,000 in the aggregate unless otherwise ordered by the Court.

3. As of the date hereof, the Debtors have paid $500,000 to UPS in connection with the Shipping Order.

7641642/2

4.      On February 25, 2015, the Court entered that certain Order (I) (A) Authorizing Entry Into Agency Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and Auction And (D) Scheduling Sale Hearing and Approving Notice Thereof And (II) Granting Related Relief [D.I. 196] (the "Bid Procedures Order").

5.      Pursuant to the Bid Procedures Order, the Debtors were to file and serve the Cure Notice[1] to the counterparties to any Assumed Contracts whithin one business day after entry of the Bid Procedures Order.  (Bid Procedures Order, ¶ 10).

6.      As of the date hereof, neither UPS nor its counsel have received the Cure Notice setting forth any of the Debtors' contracts with UPS and it is unclear whether any of the Debtors' contracts with UPS are sought to be included as an Assumed Contract.

7.      The Debtors are currently in default under various contracts with UPS in the amount of $1,382,988.00 for past-due pre-petition charges.  In addition, the Debtors and UPS are continuing to do business on a post-petition basis and as of today, the Debtors owe UPS at least $13,351.60 for such post-petition services.  Supporting documentation will be provided upon request to counsel for UPS and at the appropriate time.

8.      The Debtors' contracts with UPS cannot be assumed without concurrent cure of all past-due arrearages. 11 U.S.C. § 365(b).

9.      To the extent that any of the Debtors' contracts with UPS are sought to be assumed and assigned, it is anticipated that UPS and the Debtors will attempt to resolve the dispute over the appropriate cure cost without judicial intervention.  However, due to time constraints, UPS files this reservation of rights as a protective measure to ensure its rights are protected.

---

[1]   Initially capitalized terms used herein and not otherwise defined herein have the meaning ascribed to them in the Bid Procedures Order.

10. UPS reserves its rights (a) to amend, supplement, or otherwise modify this objection as necessary or appropriate; and (b) to raise such other and further objections to any proposed assumption and assignment, and/or the cure cost for the proposed assumption and assignment, of the Debtors' contracts with UPS.

Dated: February 27, 2015

**MORRIS JAMES LLP**

Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
Email:  smiller@morrisjames.com

and

Jonathan W. Jordan
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, Georgia  30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5128
Email:  jjordan@kslaw.com

*Attorneys for United Parcel Service, Inc., UPS-Supply Chain Solutions, Inc., UPS Freight, Inc., and UPS Customhouse Brokerage, Inc.*