**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| **Cache, Inc., et al** | Case No. 15-10172-MFW |
| | (Jointly Administered) |
| **Debtors.** | Obj. Deadline 3/2/2015@ 12:00ET |
| | Hearing Date: 3/3/2015@11:30 ET |
| | **Related Docket Nos. 13, and 196** |

**LIMITED OBJECTION OF BELLEVUE SQUARE, LLC**
**TO DEBTORS' UNEXPIRED LEASE OR EXECUTORY**
**CONTRACT ASSUMPTION AND CURE NOTICE AND**
**RESERVATION OF RIGHTS REGARDING ADEQUATE ASSURANCE**

Bellevue Square, LLC ("Bellevue Square" or "Landlord"), is the Landlord for Debtor Cache, Inc.'s ("Cache") store located in Bellevue Square Mall in Bellevue, Washington (the "Premises"), hereby objects to the Debtor's Unexpired Lease Or Executory Contract Assumption And Cure Notice (the "Notice") and states as follows:

1.      On February 25, 2015, Debtors filed a cure notice for the Bellevue Square, LLC nonresidential real property lease for the Cache location known as store # 69 and identified the cure as $19,573.31. However, the Debtor neglected to include in the cure unpaid work orders in the amount of $480.00 and unpaid Merchant's Association fees for February 2015 in the about of $703.12. The cure must also include yet to be determined lease true ups or, in the alternative, the assumption should be conditioned upon the assignee paying the true-ups for both the pre and post assignment period.

2.      Furthermore, pursuant to Section 16.3 of the lease the Landlord is entitled to include attorney's fees which are presently no less than $8,000. Consequently the correct cure is $28,756.43 plus the accrued, but unbilled true ups.

3.      In addition, Bellevue Square reserves all rights in regard to proof of adequate assurance.

WHEREFORE, Bellevue Square, LLC demands payment of the full cure prior to assumption and assignment and reserves all rights to object further to the ability of any assignee to demonstrate adequate assurance of future performance.

Dated: February 27, 2015                    **MONZACK MERSKY McLAUGHLIN AND BROWDER, P.A.**

                                            */s/ Rachel B. Mersky*
                                            Rachel B. Mersky, Esquire (DE #2049)
                                            1201 N. Orange Street, Suite 400
                                            Wilmington, DE 19801-1155
                                            Telephone:    (302) 656-8162
                                            Facsimile:    (302) 656-2769
                                            Email:        rmersky@monlaw.com

                                                    AND

                                            Perkins Coie LLP
                                            John S. Kaplan
                                            1201 Third Avenue Suite 4900
                                            Seattle, WA 98101-3099
                                            Telephone:    (206) 359-8408
                                            Facsimile:    (206)359-9408
                                            E. JKaplan@perkinscoie.com

                                            **Attorneys for Bellevue Square LLC**