IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CACHÉ, INC., et al.,[1] | ) | Case No. 15-10172 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF RESULTS OF AUCTION OF ASSETS

PLEASE TAKE NOTICE that, beginning on March 3, 2015 and concluding on March 4, 2015, the debtors and debtors in possession in the above captioned chapter 11 cases (the "Debtors"), conducted an auction (the "Auction") of the Debtors' Assets[2] in accordance with the Court's *Order (I) (A) Authorizing Entry Into Agency Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and Auction and (D) Scheduling Sale Hearing and Approving Notice Thereof and (II) Granting Related Relief* (Docket No. 196) (the "Bidding Procedures Order"), and *Auction Notice* dated February 25, 2015 (Docket No. 200).

PLEASE TAKE FURTHER NOTICE that upon conclusion of the Auction for the Assets, the Debtor determined that, subject to Court approval, GREAT AMERICAN GROUP, LLC presented the highest and best offer for the Debtors' Merchandise, Owned FF&E, Intellectual Property and Designation Rights for Real Property Leases.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Caché, Inc. (8181); Caché of Las Vegas, Inc. (9821); and Caché of Virginia, Inc. (9725). The location of the Debtors' headquarters and the service address for each of the Debtors is 256 W. 38th Street, New York, NY 10018.

[2] Capitalized terms not otherwise defined herein shall have their meaning as set forth in the *Debtors' Motion For Orders (I) (A) Authorizing Entry Into Agency Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and Auction and (D) Scheduling Sale Hearing and Approving Notice Thereof and (II) Granting Related Relief* [Docket No. 13].

PLEASE TAKE FURTHER NOTICE that a sale hearing to consider the results of the auction is scheduled for March 3, 2015, at 2:30 p.m. Eastern Standard Time (the "Sale Hearing") before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom 4, Wilmington, Delaware 19801. The Sale Hearing may be adjourned from time to time without further notice except by announcement of the adjourned date or dates at the Sale Hearing or any adjournment thereof.

Dated:  Wilmington, Delaware
　　　　　March 3, 2015

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Colin R. Robinson (Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: 302/652-4100
Facsimile:  302/652-4400
E-mail:ljones@pszjlaw.com
　　　　　dbertenthal@pszjlaw.com
　　　　　jfried@pszjlaw.com
　　　　　crobinson@pszjlaw.com

Counsel to the Debtors and Debtors in Possession