## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CACHÉ, INC., et al.,[1] | : | Case No. 15-10172 |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

**SUPPLEMENTAL DECLARATION OF ANDREW GRAISER IN
SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE
DEBTORS (I) TO RETAIN A&G REALTY PARTNERS, LLC AS A
REAL ESTATE CONSULTANT AND ADVISOR *NUNC PRO TUNC*
TO THE PETITION DATE AND (II) A WAIVER OF CERTAIN
REPORTING REQUIREMENTS PURSUANT TO LOCAL RULE 2016-2(H)**

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss. |
| COUNTY OF SUFFOLK | ) | |

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Andrew Graiser declares:

1.     I am a President of A&G Realty Partners, LLC. ("A&G Realty"), which maintains offices at 445 Broadhollow Road, Suite 410, Melville, New York 11747. I submit this supplemental declaration (the "Supplemental Declaration") on behalf of A&G Realty in support of the *Application of Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Bankruptcy Rules 2014-1, 2016-1 and 2016-2, for Entry of an Order Authorizing Them to Retain and Employ A&G Realty Partners, LLC as Their Real Estate Consultant And Advisor Nunc Pro Tunc to the Petition Date and To Waive*

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Caché, Inc. (8181); Caché of Las Vegas, Inc. (9821); and Caché of Virginia, Inc. (9725). The location of the Debtors' headquarters and the service address for each of the Debtors is 256 W. 38th Street, New York, NY 10018.

*the Information Requirements of Local Rule 2016-2(d)* [Docket No. 21] (the "Application")[2] of the debtors and the debtors in possession (the "Debtors") in the above-captioned chapter 11 cases.  The facts set forth in this Supplemental Declaration are based upon my personal knowledge, information and belief, or client matter records kept in the ordinary course of business that were reviewed either by me or other employees of A&G Realty under my supervision and direction.  If called and sworn as a witness, I could and would testify competently to the facts set forth herein.

2.    I, on behalf of A&G Realty, previously executed a declaration in support of the Application requesting entry of an order authorizing the Debtors to retain A&G Realty as real estate consultant and advisor to the Debtors.  On March 3, 2015, the Court entered an order approving the Application, as amended [Docket No. 251] (the "Employment Order")

3.    In connection with the retention of A&G Realty by the Debtors in these chapter 11 cases, A&G Realty undertook to promptly file a supplemental declaration if any new material relevant facts or relationships arose in relation to the Debtors and/or potential parties in interest.

4.    On March 6, 2015, the Court entered its *Order Approving Sale of All or Substantially All of Debtors' Assets and Granting Related Relief* [Docket No. 275] (the "Sale Order").  The Sale Order provides that Great American Group WF, LLC ("Great American") will act as the Debtors' exclusive agent to conduct sales of certain of the Debtors' assets, including, *inter alia*, the designation rights with respect to certain leases described in section 17 of the *Agency Agreement* (the "Agency Agreement")

---

[2]  Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

attached as Exhibit A to the Sale Order (the "Designation Leases").

5.      Great American has requested to retain A&G Realty to provide certain services with respect to the Designation Leases.   Under the terms of this proposed arrangement, A&G Realty would assist Great American in selling the Designation Leases (the "Lease Sales").  Great American, and not the Debtors, would be exclusively responsible for payment of A&G Realty's fees and expenses in connection with the Lease Sales of the Designation Leases.

6.      As set forth in the Application, A&G Realty is a well-known diverse real estate firm that specializes in real estate consulting and advisory services such as lease modifications, sales and terminations.   Throughout its years in the real estate industry, the principals and employees of A&G Realty have developed and fostered relationships with many of the large landlords and have assisted many clients, both in and out of bankruptcy, with successfully obtaining lease modifications, terminations and sales.  A&G Realty also has a good working relationship with the landlords of the Designation Leases in which Great American has obtained designation rights from the Debtors and is in the best position to be able to obtain Lease Sales on behalf of Great American and the Debtors.

7.      The services to be provided by A&G Realty to Great American with respect to the Lease Sales will benefit the Debtors' estates because any Designation Leases assumed by Great American will eliminate potential rejection damage claims against the Debtors' estates that potentially may have otherwise been asserted if such leases were rejected.  In addition, the Debtors will receive 1/3 of the proceeds from the

sale or disposition of the Designation Leases to the extent set forth in section 17 of the Agency Agreement.

       8.    Thus, the services to be provided on behalf of Great American with respect to the Lease Sales would benefit both Great American and the Debtors.  By assisting Great American, A&G Realty will be able to align the interests of Great American and the Debtors and work to achieve the best outcome for the Debtors, Great American and the Debtors' estates.

       9.    A&G Realty's proposed retention by Great American will not cause A&G Realty to be disinterested or to hold or represent an interest adverse to the Debtors. The proposed relationship will not affect the services to be provided to the Debtors pursuant to the *Services Agreement* between the Debtors and A&G Realty set forth in the Application.  In fact I believe that this proposed relationship will be beneficial to the Debtors and their creditors for the reasons set forth herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 17, 2015

                                    Andrew Graiser