IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CACHÉ, INC., et al.[1], | : | Case No. 15-10172 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Objection Deadline: April 28, 2015 at 4:00 p.m. |
| | : | Hearing Date: May 5, 2015 at 10:30 a.m. |

**NOTICE OF MOTION OF PREIT SERVICES, LLC, AS AGENT
FOR CHERRY HILL CENTER, LLC, FOR RELIEF FROM
THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)**

TO:  Laura Davis Jones, Esquire            David L. Buchbinder, Esquire
     Pachulski Stang Ziehl & Jones LLP     Office of the United States Trustee
     919 North Market Street, 17th Floor   844 King Street, Room 2207
     P. O. Box 8705                        Lockbox #35
     Wilmington, DE 19899                  Wilmington, DE 19899

     Scott D. Cousins, Esquire             Gianfranco Finizio, Esquire
     Bayard, P.A.                          Otterbourg P.C.
     222 Delaware Avenue, Suite 900        230 Park Avenue
     Wilmington, DE 19801                  New York, NY 10169-0075

PREIT Services, LLC, as agent for Cherry Hill Center, LLC, has filed a Motion for Relief from Stay which seeks the following relief:

Relief to terminate the Debtor's possessory interest in nonresidential real property as to which its lease has expired.

A HEARING ON THE MOTION WILL BE HELD ON **MAY 5, 2015 at 10:30 A.M**. **(Prevailing Eastern Time)**.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

PHIL1 4406596v.1

        Domenic E. Pacitti, Esquire
        919 Market Street, Suite 1000
        Wilmington, DE  19801
        Telephone:  (302) 426-1189

        - and -

        Jeffrey Kurtzman, Esquire
        1835 Market Street, Suite 1400
        Philadelphia, PA 19103
        Telephone: (215) 569-2700

      The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

      The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulation to relevant facts such as the value of the property, and the extent and validity of any security instrument.

        KLEHR HARRISON HARVEY
        BRANZBURG, LLP

        */s/ Domenic E. Pacitti*
        Domenic E. Pacitti, Esq. (DE Bar No. 3989)
        919 Market Street, Suite 1000
        Wilmington, DE  19801
        Telephone:  (302) 426-1189
        Facsimile:  (302) 426-9193
        Email:  dpacitti@klehr.com

        Counsel to PREIT Services, LLC, as agent for Cherry Hill Center, LLC