IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CACHÉ, INC., et al., | : | Case No. 15-10172 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Related to DI No. _____ |

**ORDER GRANTING MOTION OF PREIT SERVICES, LLC,
AS AGENT FOR CHERRY HILL CENTER, LLC, FOR RELIEF
FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

Upon the motion (the "Motion") of PREIT Services, LLC, as agent for Cherry Hill Center, LLC, for relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to permit the movant to exercise its rights and remedies to recover possession of the leasehold premises described in the Motion pursuant to an expired nonresidential real property lease; and upon consideration of the record and the arguments presented at the hearing before this Court on this Motion, if any; and any responses to the Motion having been withdrawn or denied on the merits; and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court for the District of Delaware dated February 29, 2012; and the Court finding that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having further determined that venue of this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court finding that notice of the Motion was sufficient under the circumstances and that no other or further notice need be given; and the Court having determined that the legal and factual bases set forth the Motion establish cause for the relief granted herein, it is hereby

PHIL1 4406596v.1

ORDERED, pursuant to 11 U.S.C. § 362(d), that the Motion be and hereby is granted; and it is further

ORDERED, in accordance with the foregoing, that the PREIT and/or CHC (as defined in the Motion) may exercise their rights and remedies under the Lease (as defined in the Motion) and applicable non-bankruptcy law to terminate the Debtor's use and occupancy of the leasehold premises described in the Motion; and it is further

ORDERED, that this Court shall retain jurisdiction to interpret and/or enforce this Order to the extent necessary or appropriate.

Dated:  March 27, 2015

                                            _____
                                            THE HONORABLE MARY J. WALWRATH,
                                            UNITED STATES BANKRUPTCY JUDGE