IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CACHÉ, INC., et al.,[1] | ) | Case No. 15-10172 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 27, 2015 at 4:00 p.m. (ET)
Hearing Date: Scheduled only if necessary

## COMPENSATION REPORT OF FTI CONSULTING, INC. FOR THE PERIOD FEBRUARY 4, 2015, THROUGH FEBRUARY 28, 2015

| | |
|---|---|
| **Name of Applicant** | **FTI Consulting, Inc.** |
| Authorized to provide professional services to: | Cache, Inc. et al., Debtors and Debtors in Possession |
| Date of Retention: | Order entered March 3, 2015, authorizing the retention of FTI Consulting, Inc. nunc pro tunc to February 4, 2015 [Docket No. 253] |
| Period for which compensation and reimbursement is sought: | February 4, 2015 through February 28, 2015 |
| Amount of compensation sought as actual, reasonable, and necessary | $392,815.79 |
| Amount of expense reimbursement sought as actual, necessary, and reasonable | $18,172.17 |
| Exhibit 1: | Compensation and Expense Report |
| Exhibit A: | Summary of Personnel and Fees |
| Exhibit B: | Summary of Compensation by Project Category |
| Exhibit C: | Summary of Expenses |
| Exhibit D: | Itemized Expenses Incurred |
| Exhibit E: | Time Records |

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Caché, Inc. (8181); Caché of Las Vegas, Inc. (9821); and Caché of Virginia, Inc. (9725). The location of the Debtors' headquarters and the service address for each of the Debtors is 256 W. 38th Street, New York, NY 10018.

Attached hereto as Exhibit 1 is the FTI Consulting, Inc. ("FTI") compensation (the "Report") for the period February 4, 2015 through February 28, 2015 (the "Reporting Period"), filed pursuant to the *Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing the Debtors to Employ and Retain FTI Consulting, Inc. to Provide a Chief Restructuring Officer, Additional Personnel, and Financial Advisory and Restructuring-Related Services, Nunc Pro Tunc as of the Petition Date, and Granting Limited Waiver of Del. Bankr. L.R. 2016-2* [Docket No. 253] (the "Retention Order"). The objection deadline for the Report is twenty one (21) days after the date the Report is served (the "Objection Deadline"). All compensation shall be subject to review by the Court. As set forth in the Report, FTI billed $392,815.79 in aggregate compensation and expensed $18,172.17 for necessary expenses during the Reporting Period.

WHEREFORE, pursuant to the Retention Order, FTI hereby submits its Report of compensation and expenses for the Reporting Period.

Dated: April 6, 2015

/s/ Mark Renzi
Mark Renzi
FTI Consulting, Inc.