# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CACHÉ, INC., et al.,[1] | ) | Case No. 15-10172 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**STIPULATION CONCERNING REJECTION OF UNEXPIRED
LEASE OF NONRESIDENTIAL REAL PROPERTY**

The above-captioned debtors and debtors in possession (the "Debtors"), by and through their undersigned proposed counsel, and ARC NY25638001, LLC (the "Landlord" and collectively, with the Debtors, the "Parties"), by its undersigned counsel, hereby enter into this Stipulation (the "Stipulation") regarding the Debtors' rejection of a lease of non-residential real property, the agreed facts and terms of which are enumerated below:

WHEREAS, on February 4, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court");

WHEREAS, on March 3, 2015, the Court entered an order (the "Procedures Order") establishing among other things procedures (the "Rejection Procedures") for the rejection of executory contracts and unexpired leases;

WHEREAS, the Landlord is the landlord and Debtor Cache, Inc. is a tenant under

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Caché, Inc. (8181); Caché of Las Vegas, Inc. (9821); and Caché of Virginia, Inc. (9725). The location of the Debtors' headquarters and the service address for each of the Debtors is 256 W. 38th Street, New York, NY 10018.

1

DOCS_LA:288221.1 11903/001

a lease (the "Lease") of non-residential real property located at 256 W. 38th Street, New York (the "Premises") which serves, among other things, as the Debtors' headquarters;

WHEREAS, the Debtors have determined, in the exercise of their reasonable business judgment, to reject the Lease but wish to continue to occupy the Premises through and including May 15, 2015;

WHEREAS, the Landlord seeks to immediately begin showing the Premises to prospective tenants and requests that the Debtors terminate their occupancy at the earliest possible time and remove any personal property remaining at the Premises upon the turnover thereof;

NOW, THEREFORE, subject to approval of the Court, it is hereby stipulated and agreed as follows:

1. The Parties represent and warrant that they have full authority to enter into this Stipulation and to consummate the transactions provided by this Stipulation, subject only in the Debtors' case to approval by the Court.

2. All of the recitals stated above are incorporated by reference as if fully set forth herein. This Stipulation constitutes the entire agreement of the Parties. No modification, amendment or waiver of any of the provisions of this Stipulation shall be effective unless in writing and signed by the Parties.

3. Notwithstanding anything in the Lease restricting such ability, Landlord shall immediately be permitted to show the Premises to prospective tenants during regular business hours or other arrangement as may be agreed to by the Parties.

4. The Debtors' rejection of the Lease, pursuant to section 365(a) of the Bankruptcy Code, will be effective at 5:00 p.m. (Eastern), on May 15, 2015 (the "Rejection Date").

5. The Debtors shall pay to the Landlord, by wire transfer no later than May 1, 2015, one-half (1/2) month's rent, which is equal to $59,483.50, for use and occupancy of the Premises in accordance with the terms of the Lease through the Rejection Date.

6. The Debtors shall use their best efforts to return the Premises in "broom clean" condition on the Rejection Date as required by terms of the Lease. The Debtors shall be deemed to have abandoned any personal property remaining at the Premises (collectively, the "Remaining Property") following the Rejection Date. The Landlord may, in its sole discretion and without further notice, liability or order of this Court, utilize and/or dispose of the Remaining Property without liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition. The Landlord reserves the right to assert claims for all costs of disposing of the abandoned Remaining Property and the Debtors, the official committee of unsecured creditors, and all other parties in interests' rights to object to such claims are reserved; provided, however, that any such claims must be made in accordance with any procedures established by the Court for filing proofs of claim.

7. Any claim arising out of the rejection of the Lease must be filed, on or before the later of (i) the deadline for filing proofs of claims established by this Court in these chapter 11 cases or (ii) 30 days after the Rejection Date. If no proof of claim is timely filed, the

Landlord shall be forever barred from asserting a claim for rejection damages and from participating in any distributions that may be made in connection with these chapter 11 cases.

8. The Debtors reserve all rights to contest any rejection damage claim filed by the Landlord in connection with the Lease.

9. The Debtors do not waive any claims that they may have against the Landlord with respect to the rejected Lease, whether or not such claims are related to such rejected Lease.

10. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

11. Any controversies regarding this Stipulation shall be submitted to the Court for resolution.

*[Remainder of page intentionally left blank; signature page follows]*

Dated: April 30, 2015

| **SULLIVAN HAZELTINE ALLINSON LLC** | **PACHULSKI STANG ZIEHL & JONES LLP** |
|---|---|
| */s/ William A. Hazeltine* | */s/ Colin R. Robinson* |
| William A. Hazeltine (No. 3294) | Laura Davis Jones (DE Bar No. 2436) |
| 901 North Market Street, Suite 1300 | David M. Bertenthal (CA Bar No. 167624) |
| Wilmington, DE 19801 | Joshua M. Fried (CA Bar No 181541) |
| Tel: (302) 428-8191 | Colin R. Robinson (DE Bar No. 5524) |
| Fax: (302) 428-8195 | 919 North Market Street, 17th Floor |
|  | P.O. Box 8705 |
| and | Wilmington, Delaware 19899-8705 |
|  | Tel:   (302) 652-4100 |
| Alice P. Ko | Fax:  (302) 652-4400 |
| ROSEN & ASSOCIATES, P.C. |  |
| 747 Third Avenue | *Counsel for the Debtors* |
| New York, NY 10017-2803 |  |
| Tel: (212) 223-1100 |  |
| Fax: (212) 223-1102 |  |
|  |  |
| *Counsel for ARC NY25638001, LLC* |  |