IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CACHÉ, INC., et al.,[1] | ) | Case No. 15-10172 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket No. 604** |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 5, 2015, AT 10:30 A.M. (EASTERN TIME)[3]**

**PLEASE NOTE THAT THE HEARING WILL BE
HELD AT THE FOLLOWING LOCATION:**

**824 N. MARKET STREET
5th FLOOR, COURTROOM NO. 4
WILMINGTON, DELAWARE**

## CONTINUED MATTERS:

1.   Motion for Relief from Automatic Stay Pursuant to Section 362(d)(1) of the United States
Bankruptcy Code, and Motion for Payment of Administrative Expenses Pursuant to Section
365(d)(3) and Section 503(b)(1)(A) [Filed: 4/8/15] (Docket No. 417)

Response Deadline:  April 28, 2015, at 4:00 p.m.

Responses Received:

A.   The Taubman Landlords' Joinder in Simon Property Group, Inc.'s Motion for
Payment of Administrative Expenses [Filed: 4/15/15] (Docket No. 444)

Related Documents:  None as of the date of filing this agenda.

Status:  This matter has been continued to the hearing on June 3, 2015, at 10:30 a.m.

## RESOLVED OR WITHDRAWN MATTERS:

2.   Motion of PREIT Services, LLC, as Agent for Cherry Hill Center, LLC, for Relief from the
Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) [Filed: 3/27/15] (Docket No. 369)

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are:  Caché, Inc. (8181);
Caché of Las Vegas, Inc. (9821); and Caché of Virginia, Inc. (9725).  The location of the Debtors' headquarters and
the service address for each of the Debtors is 256 W. 38th Street, New York, NY 10018.
[2] **Amended items are noted in bold.**
[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone
(866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

Response Deadline: April 28, 2015, at 4:00 p.m.

Responses Received: None as of the date of filing this agenda.

Related Documents:

A.    [Signed] Order Approving Stipulation Between the Debtors and PREIT Servcies, LLC, as Agent for Cherry Hill Center, LLC, Modifying the Automatic Stay [Filed: 4/16/15] (Docket No. 451)

Status: Pursuant to the Stipulation, this matter will be withdrawn.

3.    Motion of ARC NY25638001, LLC for the Entry of an Order, Pursuant to 11 U.S.C. § 365(d)(3), Compelling Immediate Payment of Post-Petition Rent [Filed: 3/27/15] (Docket No. 371)

Response Deadline: Objections or responses were due at the time of the April 1, 2015 hearing.

Responses Received: None as of the date of filing this Agenda.

Related Documents:

A.    [Signed] Order Granting Motion to Shorten Notice with Respect to Motion of ARC NY25638001, LLC for the Entry of an Order, Pursuant to 11 U.S.C. § 365(d)(3), Compelling Immediate Payment of Post-Petition Rent [Filed: 3/30/15] (Docket No. 377)

B.    Notice of Hearing [Filed: 3/30/15] (Docket No. 379)

**C.    Notice of Withdrawal of Motion of ARC NY25638001, LLC for the Entry of an Order, Pursuant to 11 U.S.C. § 365(d)(3), Compelling Immediate Payment of Post-Petition Rent [Filed: 5/1/15] (Docket No. 608)**

**Status: This matter has been withdrawn.**

4.    Motion Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Filed: 3/30/15] (Docket No. 380)

Response Deadline: April 13, 2015, at 4:00 p.m.

Responses Received: Informal comments received from the Office of the United States Trustee

Related Documents:

A.      [Signed] Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Filed: 4/27/15] (Docket No. 481)

Status:  An order has been entered resolving this matter.

5.      Motion of ARC NY25638001, LLC for the Entry of an Order, Pursuant to 11 U.S.C. § 365(d)(3), Allowing and Requiring Payment of Attorneys' Fees and Expenses [Filed: 4/13/15] (Docket No. 426)

Response Deadline:  April 28, 2015, at 4:00 p.m.

Responses Received:  None as of the date of filing this agenda.

Related Documents:

A.      Notice of Withdrawal of the Motion of ARC NY25638001, LLC for the Entry of an Order, Pursuant to 11 U.S.C. § 365(d)(3), Allowing and Requiring Payment of Attorneys' Fees and Expenses [Filed: 4/27/15] (Docket No. 479)

Status:  This matter has been withdrawn.

**UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION:**

6.      Motion of the Debtors for Entry of an Order (A) Enlarging the Period Within Which the Debtors May Remove Actions and (B) Granting Related Relief [Filed: 4/14/15] (Docket No. 433)

Response Deadline:  April 28, 2015, at 4:00 p.m.

Responses Received:  None as of the date of filing this agenda.

Related Documents:

A.      Certification of No Objection Regarding Motion of the Debtors for Entry of an Order (A) Enlarging the Period Within Which the Debtors May Remove Actions and (B) Granting Related Relief [Filed: 4/30/15] (Docket No. 598)

B.      **[Signed] Order (A) Enlarging the Period Within Which the Debtors May Remove Actions and (B) Granting Related Relief [Filed: 5/4/15] (Docket No. 610)**

**Status:  An order has been entered resolving this matter.**

**MATTER WITH CERTIFICATION OF COUNSEL:**

7.      Motion of Aetna Life Insurance Company for Relief from the Automatic Stay [Filed: 4/17/15] (Docket No. 456)

DOCS_DE:199679.1 11903/001

Response Deadline: April 30, 2015, at 12:00 p.m.

Responses Received: None as of the date of filing this agenda.

Related Documents:

A.    [Signed] Order Granting Motion Pursuant to Del. Bankr. L.R. 9006-1(E) for an Order Shortening Time for Notice and Request for Hearing on Motion of Aetna Life Insurance Company for Relief from the Automatic Stay [Filed: 4/21/15] (Docket No. 463)

B.    Notice of Hearing Regarding Motion of Aetna Life Insurance Company for Relief from the Automatic Stay [Filed: 4/21/15] (Docket No. 465)

C.    **Certification of Counsel with Proposed Order in Support of Motion of Aetna Life Insurance Co. for Relief from the Automatic Stay [Filed: 5/4/15] (Docket No. 612)**

**Status:  A revised proposed order has been submitted under certification of counsel.**

## CONTESTED MATTERS GOING FORWARD:

8.    Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Authorization to: (1) Incur Senior Secured Superpriority Postpetition Financing; (2) Use Cash Collateral; (3) Grant Liens and Provide Superpriority Administrative Expense Status; (4) Grant Adequate Protection; (5) Modify the Automatic Stay; and (6) Schedule A Final Hearing [Filed: 2/4/15] (Docket No. 12)

Response Deadline: February 18, 2015, at 4:00 p.m.; extended by agreement for the Official Committee of Unsecured Creditors and Holyoke Mall Company, LP to February 19, 2015 at 4:00 p.m.

Responses Received:

A.    Combined Limited Objection of Macerich Company, Starwood Retail Partners LLC, the Forbes Company, the Related Companies, Deutsche Asset & Wealth Management, G&I Retail Carriage LLC, Boulevard Invest, LLC, and the Prudential Insurance Company of America to (1) Debtors' Motion for Orders (I)(A) Authorizing Entry Into Agency Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and Auction and (D) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing (A) Sale of Assets and (B) Store Closing Sales and (III) Granting Related Relief; and (2) Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Authorization to: (1) Incur Senior Secured Superpriority Postpetition Financing; (2) Use Cash Collateral; (3) Grant Liens and Provide Superpriority Administrative Expense Status; (4) Grant Adequate Protection; (5) Modify the Automatic Stay; and (6) Schedule A Final Hearing [Filed: 2/18/15] (Docket No. 129)

4

B.     Joinder of DDR Corp., Jones Lang LaSalle Americas, Inc., Rouse Properties, and Turnberry Associates to the Combined Limited Objection of Macerich Company, Starwood Retail Partners LLC, the Forbes Company, the Related Companies, Deutsche Asset & Wealth Management, G&I Retail Carriage LLC, Boulevard Invest, LLC, and the Prudential Insurance Company of America to (1) Debtors' Motion for Orders (I)(A) Authorizing Entry Into Agency Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and Auction and (D) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing (A) Sale of Assets and (B) Store Closing Sales and (III) Granting Related Relief; and (2) Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Authorization to: (1) Incur Senior Secured Superpriority Postpetition Financing; (2) Use Cash Collateral; (3) Grant Liens and Provide Superpriority Administrative Expense Status; (4) Grant Adequate Protection; (5) Modify the Automatic Stay; and (6) Schedule A Final Hearing [Filed: 2/18/15] (Docket No. 132)

C.     Joinder of GGP Limited Partnership and Galleria Mall Investors in the Combined Limited Objection of the Macerich Company, *et al.* (D.I. 129) to (1) Debtors' Motion for Orders (I)(A) Authorizing Entry Into Agency Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and Auction and (D) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing (A) Sale of Assets and (B) Store Closing Sales and (III) Granting Related Relief; and (2) Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Authorization to: (1) Incur Senior Secured Superpriority Postpetition Financing; (2) Use Cash Collateral; (3) Grant Liens and Provide Superpriority Administrative Expense Status; (4) Grant Adequate Protection; (5) Modify the Automatic Stay; and (6) Schedule A Final Hearing [Filed: 2/18/15] (Docket No. 133)

D.     Objection of the Official Committee of Unsecured Creditors to Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Authorization to: (1) Incur Senior Secured Superpriority Postpetition Financing; (2) Use Cash Collateral; (3) Grant Liens and Provide Superpriority Administrative Expense Status; (4) Grant Adequate Protection; (5) Modify the Automatic Stay; and (6) Schedule A Final Hearing [Filed: 2/19/15] (Docket No. 136)

E.     Limited Objection and Joinder of Simon Property Group, Inc. to (I) Debtors' Motion for Orders (I)(A) Authorizing Entry Into Agency Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and Auction and (D) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing (A) Sale of Assets and (B) Store Closing Sales and (III) Granting Related Relief; and (2) Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Authorization to: (1) Incur Senior Secured Superpriority Postpetition Financing; (2) Use Cash Collateral; (3) Grant Liens and Provide Superpriority Administrative Expense Status; (4) Grant

Adequate Protection; (5) Modify the Automatic Stay; and (6) Schedule A Final Hearing [Filed: 2/19/15] (Docket No. 142)

Related Documents:

A.   [Signed] Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Granting Related Relief, and (VII) Scheduling a Final Hearing [Filed: 2/5/15] (Docket No. 65)

B.   Notice of Final Hearing Regarding Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Authorization to: (1) Incur Senior Secured Superpriority Postpetition Financing; (2) Use Cash Collateral; (3) Grant Liens and Provide Superpriority Administrative Expense Status; (4) Grant Adequate Protection; (5) Modify the Automatic Stay; and (6) Schedule A Final Hearing [Filed: 2/6/15] (Docket No. 79)

Status:  This matter will go forward.

9.   Motion of the Official Committee of Unsecured Creditors to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. §§ 105 and 1112 and Granting Such Other Relief as the Court Deems Just, Proper, and Equitable [Filed: 4/8/15] (Docket No. 413)

Response Deadline:  April 15, 2015, at 4:00 p.m.

Responses Received:

A.   United States Trustee's Response to Motion of the Official Committee of Unsecured Creditors to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. §§ 105 and 1112 and Granting Such Other Relief as the Court Deems Just, Proper, and Equitable [Filed: 4/14/15] (Docket No. 427)

B.   Objection of Salus Capital Partners, LLC to Motion of the Official Committee of Unsecured Creditors to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. §§ 105 and 1112 and Granting Such Other Relief as the Court Deems Just, Proper, and Equitable [Filed: 4/14/15] (Docket No. 432)

C.   Debtors' Opposition to Motion of the Official Committee of Unsecured Creditors to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. §§ 105 and 1112 and Granting Such Other Relief as the Court Deems Just, Proper, and Equitable [Filed: 4/15/15] (Docket No. 436)

D.  Objection of Great American Group WF, LLC to Motion of the Official Committee of Unsecured Creditors to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 4/15/15] (Docket No. 439)

Related Documents:

A.  [Signed] Order Granting Motion of Official Committee of Unsecured Creditors to Shorten Notice Period with Respect to Motion of the Official Committee of Unsecured Creditors to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. §§ 105 and 1112 and Granting Such Other Relief as the Court Deems Just, Proper, and Equitable [Filed: 4/9/15] (Docket No. 421)

Status: This matter will go forward.

10.  Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 4/14/15] (Docket No. 434)

Response Deadline:  April 28, 2015, at 4:00 p.m.; extended by agreement for Pyramid Walden Company LP and The Outlet Collection at Riverwalk to May 4, 2015 at 12:00 noon; extended by agreement for DDR Corp., Jones Lang LaSalle Americas, Inc. and Turnberry Associates to May 4, 2015 at 4:00 p.m.

Responses Received:

A.  Simon Property Group, Inc.'s Limited Objection to Debtors' Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 4/28/15] (Docket No. 485)

i.  Withdrawal of Simon Property Group, Inc.'s Limited Objection to Debtors' Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 4/291/5] (Docket No. 593)

B.  Limited Objection by 165 E 66 Retail, LLC to Debtors' Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 4/28/15] (Docket No. 495)

i.  Notice of Withdrawal of Limited Objection by 165 E 66 Retail, LLC to Debtors' Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 4/30/15] (Docket No. 595)

C.    Objection of The Macerich Company, Starwood Retail Partners LLC, The Forbes Company, The Related Companies, and Boulevard Invest, LLC to Debtors' Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 4/28/15] (Docket No. 506)

    i.    **Notice of Withdrawal of Objection of The Macerich Company, Starwood Retail Partners LLC, The Forbes Company, The Related Companies, and Boulevard Invest, LLC to Debtors Motion for an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed 5/4/15] (Docket No. 615)**

D.    Objection of GGP Limited Partnership, MetroNational Corp. and Galleria Mall Investors LLC to Debtors' Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 4/28/15] (Docket No. 511)

    i.    **Notice of Withdrawal of Objection of GGP Limited Partnership, MetroNational, Corp. and Galleria Mall Investors LLC to Debtors Motion for an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed 5/4/15] (Docket No. 614)**

E.    The Taubman Landlords' Joinder to Limited Objection of Simon Property Group, Inc. to Debtors' Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Which Debtors Must Assume or Reject Unexpired Leases [Filed: 4/28/15] (Docket No. 530)

Related Documents:  None as of the date of filing this agenda.

Status:  This matter will go forward.  **The Taubman Landlords have indicated that they will be formally withdrawing their joinder.  They have further advised that if the withdrawal is not filed prior to the hearing, the Taubman Landlords authorize the Debtors to inform the Court that their joinder is withdrawn.  All other objections have been withdrawn.**

DOCS_DE:199679.1 11903/001

Dated:  May 4, 2015                    PACHULSKI STANG ZIEHL & JONES LLP

                                       */s/ Peter J. Keane*
                                       Laura Davis Jones (DE Bar No. 2436)
                                       David M. Bertenthal (CA Bar No. 167624)
                                       Joshua M. Fried (CA Bar No. 181541)
                                       Colin R. Robinson (DE Bar No. 5524)
                                       Peter J. Keane (DE Bar No. 5503)
                                       919 North Market Street, 17th Floor
                                       P.O. Box 8705
                                       Wilmington, DE  19899-8705
                                       Telephone: 302/652-4100
                                       Facsimile:  302/652-4400
                                       E-mail:     ljones@pszjlaw.com
                                                   dbertenthal@pszjlaw.com
                                                   jfried@pszjlaw.com
                                                   crobinson@pszjlaw.com
                                                   pkeane@pszjlaw.com

                                       Counsel for the Debtors and Debtors in Possession

DOCS_DE:199679.1 11903/001