**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CACHÉ, INC., et al., | Case No. 15-10172 (MFW) |
| Debtors. | Jointly Administered |
|  | Objection Deadline:  May 27, 2015 at 4:00 p.m. |
|  | Hearing Date:  June 3, 2015 at 10:30 a.m. |

**NOTICE OF MOTION OF PREIT SERVICES, LLC, AS AGENT FOR**
**CHERRY HILL CENTER, LLC, FOR ALLOWANCE AND PAYMENT OF**
**AN ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

TO:  Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899

David L. Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899

Scott D. Cousins, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Gianfranco Finizio, Esquire
Otterbourg P.C.
230 Park Avenue
New York, NY 10169-0075

PREIT Services, LLC, as agent for Cherry Hill Center, LLC, has filed a Motion for Allowance and Payment of an Administrative Claim.

A HEARING ON THE MOTION WILL BE HELD ON **June 3, 2015 at 10:30 A.M. (Prevailing Eastern Time)**.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

Domenic E. Pacitti, Esquire
919 Market Street, Suite 1000
Wilmington, DE  19801
Telephone:  (302) 426-1189

- and -

Jeffrey Kurtzman, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2700

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulation to relevant facts such as the value of the property, and the extent and validity of any security instrument.

KLEHR HARRISON HARVEY
BRANZBURG, LLP

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti, Esq. (DE Bar No. 3989)
919 Market Street, Suite 1000
Wilmington, DE  19801
Telephone:  (302) 426-1189
Facsimile:  (302) 426-9193
Email:  dpacitti@klehr.com

Counsel to PREIT Services, LLC, as agent for
Cherry Hill Center, LLC

2