IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CACHÉ, INC., et al., | : | Case No. 15-10172 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Related to DI No. ____ |

**ORDER GRANTING MOTION OF PREIT SERVICES, LLC, AS AGENT
FOR CHERRY HILL CENTER, LLC, FOR THE ALLOWANCE AND PAYMENT
OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

Upon the motion (the "Motion") of PREIT Services, LLC, as agent for Cherry Hill Center, LLC ("CHC"), for an order allowing and directing the payment of an administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) (the "Motion"); and upon consideration of the record and the arguments presented at the hearing before this Court on this Motion, if any; and any responses to the Motion having been withdrawn or denied on the merits; and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court for the District of Delaware dated February 29, 2012; and the Court finding that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having further determined that venue of this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court finding that notice of the Motion was sufficient under the circumstances and that no other or further notice need be given; and the Court having determined that the legal and factual bases set forth the Motion establish cause for the relief granted herein, it is hereby

ORDERED, pursuant to 11 U.S.C. § 503(b)(1)(A), that the Motion be and hereby is granted; and it is further

ORDERED, in accordance with the foregoing, that CHC is hereby determined to hold an allowed administrative claim against the above-captioned debtors (the "Debtors") in the amount of $52,424.17 (the "Allowed Claim"); and it is further

ORDERED, that the Debtors shall satisfy the Allowed Claim no later than the date on which payment of other allowed administrative claims is made in these chapter 11 cases.; and it is further

ORDERED, that this Court shall retain jurisdiction to interpret and/or enforce this Order to the extent necessary or appropriate.

Dated: June ____, 2015

_____
THE HONORABLE MARY J. WALRATH
UNITED STATES BANKRUPTCY JUDGE

PHIL1 4560472v.1