# Exhibit "B"

## SECOND AMENDMENT OF LEASE

THIS SECOND AMENDMENT OF LEASE (the "Second Amendment"), made this 21st day of APRIL, 2014, by and between CHERRY HILL CENTER, LLC ("Landlord"), and CACHE, INC., T/A CACHE ("Tenant").

### WITNESSETH:

WHEREAS, by lease dated November 5, 2002, as amended by First Amendment of Lease dated November 26, 2012, (the lease, as amended, the "**Lease**"), Landlord leased to Tenant all those certain premises owned by Landlord situated in the Cherry Hill Mall, located in Cherry Hill, New Jersey known and designated as Store Number 1770 (the "**Premises**") for a term of years upon certain terms and conditions as set forth in the Lease; and

WHEREAS, the Lease expired by its terms on January 31, 2014 (the "**Original Expiration Date**"), and Tenant has continued to occupy the Premises; and

WHEREAS, Landlord and Tenant desire to reinstate the Lease effective February 1, 2014, modify the provisions of the Lease as reinstated, and extend the term upon the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the aforesaid, and of the sum of One ($1.00) Dollar, by each to the other in hand paid, the receipt and sufficiency of which is hereby acknowledged, the parties hereto, intending to be legally bound hereby, covenant and agree with each other, as follows:

1. Capitalized terms used herein but not defined herein shall have the meanings ascribed to such terms in the Lease unless otherwise modified in this Second Amendment.

2. Landlord and Tenant hereby agree that the Lease is reinstated effective February 1, 2014 (the "**Effective Date**").

3. The Term of the Lease is hereby extended for one (1) year (the "**Extension Period**"), commencing as of the Effective Date and continuing through January 31, 2015 (the "**New Expiration Date**").

Cache-CHM-Amd-Final
April 14, 2014 \ dms                        1



4. During the Extension Period, Tenant shall pay Annual Basic Rental in an amount equal to One Hundred Forty Thousand Seven Hundred and 25/100 Dollars ($140,700.25), payable in equal monthly installment payments of Eleven Thousand Seven Hundred Twenty-Five and 02/100 Dollars ($11,725.02).

5. Additionally, Tenant shall continue to pay Annual Percentage Rental in accordance with the terms, covenants and conditions of the Lease; however, during the Extension Period, Tenant's Break Point shall be Two Million Three Hundred Forty-Five Thousand Four and 17/100 Dollars ($2,345,004.17).

6. Further, during the Extension Period, Tenant shall continue to be liable for the payment of all Additional Rental and charges, calculated from time-to-time, in accordance with the terms, covenants and conditions of the Lease.

7. Tenant hereby acknowledges that (a) Tenant is presently occupying the Premises; (b) Landlord has no responsibility to perform any work therein; and (c) as of the date hereof, Landlord has fully performed all of its obligations under the Lease.

8. The term of the Lease shall expire absolutely on the New Expiration Date without the necessity for any notice whatsoever. On or before the New Expiration Date, Tenant shall vacate and surrender possession of the Premises to Landlord in accordance with the provisions of the Lease. There shall be no holding over of the Premises by Tenant after the New Expiration Date, unless Landlord and Tenant execute an agreement which provides for Tenant's occupancy after the New Expiration Date.

9. Except as herein provided to the contrary, all of the terms, covenants, conditions and stipulations contained in the Lease, whether or not deemed personal covenants, shall be continued with like effect and to all legal intents and purposes as if included in a new lease containing identical terms, covenants, conditions and stipulations as in the Lease except as herein modified, until the time of expiration of the term, and the same is hereby ratified and confirmed.

10. This Second Amendment shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, successors and assigns.

IN WITNESS WHEREOF, the parties hereto have caused this Second Amendment to be duly executed on the date and year first above written.

LANDLORD:

CHERRY HILL CENTER, LLC

BY:   PREIT SERVICES, LLC, Authorized Agent

BY: _____/s/ Debra Lambert_____
      DEBRA LAMBERT
      SENIOR VICE PRESIDENT - LEGAL


TENANT:

CACHE, INC.

By: _____
Name: Anthony DiPippa
Title: EVP, CFO
Attest: _____
Name: Bart Hemmover
Title: VP