# Exhibit "C"

## STATEMENT

Date - 3/26/2015
Tenant No - 11167
Lease No - 2629
Statement No - 727163

**Make Check Payable To:** CHERRY HILL CENTER LLC
PO BOX 73300
CLEVELAND OH 44193

**From:** CHERRY HILL MALL
2000 ROUTE 38, SUITE 514
CHERRY HILL NJ 08002

**To:** Cache
Attn: Tom Reinekens
1440 Broadway
New York NY 10018

**Tenant:** Cache

FOR INQUIRIES CALL: JoAnn Machion TEL: 856-662-7441 x 12 or Machionj@preit.com

Amount Remitted: _____
Remit top portion with payment.

### Detail Charge

| Lease No. | Invoice Date | | Description | Charges | Payments | Balance | Check No. |
|---|---|---|---|---|---|---|---|
| 2629 | 12/1/2014 | | Balance Forward | | | 0.00 | |
| 2629 | 12/1/2014 | CADP | CAM - FIXED | 2,599.69 | | 2,599.69 | |
| 2629 | 12/1/2014 | ELEC | ELECTRIC | 748.00 | | 748.00 | |
| 2629 | 12/1/2014 | HVAC | HVAC | 231.33 | | 231.33 | |
| 2629 | 12/1/2014 | HVEQ | HVAC Equipment | 153.64 | | 153.64 | |
| 2629 | 12/1/2014 | MKFD | Marketing Fund | 157.11 | | 157.11 | |
| 2629 | 12/1/2014 | RE | REAL ESTATE TAXES | 2,731.55 | | 2,731.55 | |
| 2629 | 12/1/2014 | RENT | MINIMUM RENT | 11,725.02 | | 11,725.02 | |
| 2629 | 12/1/2014 | SEW | Tenant Sewer Charge | 25.81 | | 25.81 | |
| 2629 | 12/1/2014 | SPMT | Sprinkler | 18.43 | | 18.43 | |
| 2629 | 12/1/2014 | WATR | Tenant Water | 18.43 | | 18.43 | |
| 2629 | 1/1/2015 | CADP | CAM - FIXED | 2,599.69 | | 2,599.69 | |
| 2629 | 1/1/2015 | ELEC | ELECTRIC | 748.00 | | 748.00 | |
| 2629 | 1/1/2015 | HVAC | HVAC | 231.33 | | 231.33 | |
| 2629 | 1/1/2015 | HVEQ | HVAC Equipment | 153.64 | | 153.64 | |
| 2629 | 1/1/2015 | MKFD | Marketing Fund | 157.11 | | 157.11 | |
| 2629 | 1/1/2015 | RE | REAL ESTATE TAXES | 2,731.55 | | 2,731.55 | |
| 2629 | 1/1/2015 | RENT | MINIMUM RENT | 11,725.02 | | 11,725.02 | |
| 2629 | 1/1/2015 | SEW | Tenant Sewer Charge | 25.81 | | 25.81 | |
| 2629 | 1/1/2015 | SPMT | Sprinkler | 18.43 | | 18.43 | |
| 2629 | 1/1/2015 | WATR | Tenant Water | 18.43 | | 18.43 | |
| 2629 | 2/1/2015 | CADP | CAM - FIXED | 2,599.69 | | 2,599.69 | |
| 2629 | 2/1/2015 | ELEC | ELECTRIC | 748.00 | | 748.00 | |
| 2629 | 2/1/2015 | HVAC | HVAC | 231.33 | | 231.33 | |
| 2629 | 2/1/2015 | HVEQ | HVAC Equipment | 153.64 | | 153.64 | |
| 2629 | 2/1/2015 | MKFD | Marketing Fund | 157.11 | | 157.11 | |
| 2629 | 2/1/2015 | RE | REAL ESTATE TAXES | 2,731.55 | | 2,731.55 | |
| 2629 | 2/1/2015 | RENT | MINIMUM RENT | 23,450.04 | | 23,450.04 | |
| 2629 | 2/1/2015 | SEW | Tenant Sewer Charge | 25.81 | | 25.81 | |
| 2629 | 2/1/2015 | SPMT | Sprinkler | 18.43 | | 18.43 | |
| 2629 | 2/1/2015 | WATR | Tenant Water | 18.43 | | 18.43 | |
| 2629 | 3/1/2015 | CADP | CAM - FIXED | 2,599.69 | 2,599.69 | 0.00 | 416632 |
| 2629 | 3/1/2015 | ELEC | ELECTRIC | 748.00 | 748.00 | 0.00 | 416632 |
| 2629 | 3/1/2015 | HVAC | HVAC | 231.33 | 231.33 | 0.00 | 416632 |
| 2629 | 3/1/2015 | HVEQ | HVAC Equipment | 153.64 | 153.64 | 0.00 | 416632 |
| 2629 | 3/1/2015 | MKFD | Marketing Fund | 157.11 | 157.11 | 0.00 | 416632 |
| 2629 | 3/1/2015 | RE | REAL ESTATE TAXES | 2,731.55 | 2,731.55 | 0.00 | 416632 |
| 2629 | 3/1/2015 | RENT | MINIMUM RENT | 23,450.04 | 11,725.02 | 11,725.02 | 416632 |

*Handwritten annotations:* Stub rent charges prorated 2/4/15 – 2/28/15 (bracketing the 2/1/2015 rows); Post-Petition (bracketing the 3/1/2015 RENT row).

# STATEMENT

Date - 3/26/2015
Tenant No - 11167
Lease No - 2629
Statement No - 727163

**Make Check Payable To:** CHERRY HILL CENTER LLC
PO BOX 73300
CLEVELAND OH 44193

**From:** CHERRY HILL MALL
2000 ROUTE 38, SUITE 514
CHERRY HILL NJ 08002

**To:** Cache
Attn: Tom Reinekens
1440 Broadway
New York NY 10018

**Tenant:** Cache

FOR INQUIRIES CALL: JoAnn Machion TEL: 856-662-7441 x 12 or Machionj@preit.com

Amount Remitted: _____
Remit top portion with payment.

### Detail Charge

| Lease No. | Invoice Date | | Description | Charges | Payments | Balance | Check No. |
|---|---|---|---|---|---|---|---|
| 2629 | 3/1/2015 | SEW | Tenant Sewer Charge | 25.81 | 25.81 | 0.00 | 416632 |
| 2629 | 3/1/2015 | SPMT | Sprinkler | 18.43 | 18.43 | 0.00 | 416632 |
| 2629 | 3/1/2015 | WATR | Tenant Water | 18.43 | 18.43 | 0.00 | 416632 |
| 2629 | 4/1/2015 | CADP | CAM - FIXED | 2,599.69 | 2,599.69 | 0.00 | 416955 |
| 2629 | 4/1/2015 | ELEC | ELECTRIC | 748.00 | 748.00 | 0.00 | 416955 |
| 2629 | 4/1/2015 | HVAC | HVAC | 231.33 | 231.33 | 0.00 | 416955 |
| 2629 | 4/1/2015 | HVEQ | HVAC Equipment | 153.64 | 153.64 | 0.00 | 416955 |
| 2629 | 4/1/2015 | MKFD | Marketing Fund | 157.11 | 157.11 | 0.00 | 416955 |
| 2629 | 4/1/2015 | RE | REAL ESTATE TAXES | 2,731.55 | 2,731.55 | 0.00 | 416955 |
| 2629 | 4/1/2015 | RENT | MINIMUM RENT | 23,450.04 | 11,725.02 | 11,725.02 | 416955 |
| 2629 | 4/1/2015 | SEW | Tenant Sewer Charge | 25.81 | 25.81 | 0.00 | 416955 |
| 2629 | 4/1/2015 | SPMT | Sprinkler | 18.43 | 18.43 | 0.00 | 416955 |
| 2629 | 4/1/2015 | WATR | Tenant Water | 18.43 | 18.43 | 0.00 | 416955 |
| 2629 | 3/31/2015 | XRE | 2014 RE Reconciliation | 1,041.27 | | 1,041.27 | |
| 2629 | 3/31/2015 | STAX | 2014 Recon Sales Tax | 581.72 | | 581.72 | |
| 2629 | 3/31/2015 | XELE | 2014 Electric Reconciliation | -665.73 | | -665.73 | |
| 2629 | 3/31/2015 | XHVA | 2014 HVAC Reconciliation | 460.44 | | 460.44 | |
| 2667 | 12/1/2014 | STOR | Storage Minimum Rent | 729.17 | | 729.17 | |
| 2667 | 1/1/2015 | STOR | Storage Minimum Rent | 729.17 | | 729.17 | |
| 2667 | 2/1/2015 | STOR | Storage Minimum Rent | 729.17 | | 729.17 | |
| 2667 | 3/1/2015 | STOR | Storage Minimum Rent | 729.17 | 729.17 | 0.00 | 416632 |
| 2667 | 4/1/2015 | STOR | Storage Minimum Rent | 729.17 | 729.17 | 0.00 | 416955 |

### ACCOUNT SUMMARY

| | | |
|---|---|---|
| Balance Prior To | 12/1/2014 | 0.00 |
| Plus Charges From | 12/1/2014 | 132,283.66 |
| Less Payments / Credits From | 12/1/2014 | 38,276.36 |
| **AMOUNT DUE:** | | **94,007.30** |