IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CACHÉ, INC., et al., | Case No. 15-10172 (MFW) |
| Debtors. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12, 2015 he caused to be served a true and correct copy of the foregoing **Motion of PREIT Services, LLC, as Agent for Cherry Hill Center, LLC, for Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)** via the Court's CM/ECF electronic filing system and/or U.S. first class mail, postage pre-paid, upon the following:

Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899

David L. Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Scott D. Cousins, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Gianfranco Finizio, Esquire
Otterbourg P.C.
230 Park Avenue
New York, NY 10169-0075

John F. Ventola, Esquire
Choate Hall & Stewart, LLP
Two International Place
Boston, MA 02110

Derek C. Abbott, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Suite 1600
Wilmington, DE 19801

/s/ Domenic E. Pacitti
Domenic E. Pacitti, Esq. (DE Bar No. 3989)

PHIL1 4560472v.1