IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CACHÉ, INC., et al.[1] | ) | Case No. 15-10172 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Related Docket No. 632 |

**CERTIFICATE OF NO OBJECTION REGARDING ORDER APPROVING
FIRST AND FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
JANNEY MONTGOMERY SCOTT LLC AS INVESTMENT BANKERS
TO THE DEBTORS, FOR
THE PERIOD FROM FEBRUARY 4, 2015 THROUGH APRIL 6, 2015**

The undersigned hereby certifies that:

1. On May 14, 2015, Janney Montgomery Scot LLC ("Janney") filed its *First and Final Application of Janney Montgomery Scott LLC, Investment Bank for the Debtor, for Allowance of Compensation and Reimbursement of Expenses for eth Period from February 4, 2015 through April 6, 2015* [Docket No. 632] (the "Application").

2. Objections to the Application were to be filed and served no later than June 4, 2015, by 4:00 p.m. (the "Objection Deadline").

3. The undersigned certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Application.

4. The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number are: Caché, Inc. (8181), Caché of Las Vegas, Inc. (9821), and Caché of Virginia, Inc. (9725).

WHEREFORE, it is respectfully requested that the Court enter the Proposed Order submitted with the Application at its earliest convenience.

Dated:  June 9, 2015                             STRADLEY RONON STEVENS & YOUNG, LLP

*/s/ Julie M. Murphy*
Julie M. Murphy (DE ID No. 5856)
Stradley Ronon Stevens &Young, LLP
1000 North West Street, Suite 1278
Wilmington, Delaware, 19801
(302) 295-3805
 jmmurphy@stradley.com